UNITED STATES DISTRICT COURT
Southern DISTRICT OF New York

Christopher Hiram, Cano" Sui Juris, American National,
Private Attorney General, TrapGodConstitutionalist,
Et Al,

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Christine Hanna
Placido Lopez
State of New York
City OF New York
Bronx Forensic Psychiatric Center
Examiner Jane Doe #1
Examiner Jane Doe #2
LGBTQ Coordinator Elizabeth Munshky
LGBTQ Program Desk Clerk, MS. Kimberly
Sharliba Walker, EX Warden of B.S.M.C. etal.,

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

Creditor's
COMPLAINT

Jury Trial:  ☑ Yes    ☐ No
(check one)

Public Jury Trial Demanded

I.    **Parties in this complaint:**

A.    List your name, address and telephone number.  If you are presently in custody, include your
identification number and the name and address of your current place of confinement.  Do the same
for any additional plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff    Name  Christopher Hiram, Cano"
Street Address  1500 Hazen Street
County, City  East Elmhurst, Bronx County
State & Zip Code  New York  11370
Telephone Number

B.    List all defendants.  You should state the full name of the defendant, even if that defendant is a
government agency, an organization, a corporation, or an individual.  Include the address where
each defendant may be served.  Make sure that the defendant(s) listed below are identical to those
contained in the above caption.  Attach additional sheets of paper as necessary.

Defendant No. 1    Name  Christine Hanna
Street Address  19-19 Hazen Street (RMSC)

*Rev. 05/2010*

County, City __East Elmhurst, Bronx County__
State & Zip Code __New York 11370__
Telephone Number _____

**Defendant No. 2**   Name __Placido Lopez__
Street Address __1 Halleck Street (V.C.B.C.)__
County, City __Bronx, Bronx County__
State & Zip Code __New York 10474__
Telephone Number _____

**Defendant No. 3**   Name __State of New York__
Street Address __One Commerce Plaza, 99 Washington Avenue__
County, City __Albany, Albany County__
State & Zip Code __New York, 12231-0001__
Telephone Number _____

**Defendant No. 4**   Name __City of New York__
Street Address __100 Church Street__
County, City __New York, New York__
State & Zip Code __New York 10007__
Telephone Number _____

See attached →

## II.   Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

**A.**   What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Questions      ☑ Diversity of Citizenship

**B.**   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? __1st 4th 5th 6th 8th 9th 13th & 14th amendment of the U.S.__
__Constitution, Florida State Constitution, Universal Declaration of Human__
__Rights, et al, See Attached document__

**C.**   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship __Florida State Citizen/and or American National__
Defendant(s) state(s) of citizenship __All defendants are either New York State__
__Citizens and United States Citizens__

## III.   Statement of Claim:

State as briefly as possible the _facts_ of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. __See all Attached "Affidavits of Truth"__

*Rev. 05/2010*

Defendant No.5: Sharlisa Walker
NYC Dept. of Correction Headquarter
75-20 Astoria Blvd.
East Elmhurst, NY 11370 – Bronx County

Defendant No.6: Cynthia Brann, Commissioner
NYC Dept. of Correction Headquarters
75-20 Astoria Blvd.
East Elmhurst, NY 11370 – Bronx County

Defendant No.7: M. Gross
Defendant No.8: G. Villegas
Bronx County Hall of Justice
265 East 161st Street
Bronx, New York 10451 – Bronx County

Defendant No.9: Ilya Kharkover
Defendant No.10: Dariel D. Clark
Bronx County District Attorney office
198 East 161st Street
Bronx, New York 10451 – Bronx County

Defendant No.11: Captain Folks
Defendant No.12: Captain Cranston
Defendant No.13: Deputy Nelson
Defendant No.14: Security officer John Doe#1
Defendant No.15: Security officer John Doe#2
Defendant No.16: Investigation Division Officer#1
Defendant No.17: Investigation Division Officer#2
Defendant No.18: Investigation Division officer#3
Defendant No.19: Investigation Division officer#4
Defendant No.20: Correctional officer Turner#
Rose M. Singer Center
19-19 Hazen Street
East Elmhurst, NY 11370 – Bronx County

Defendant No.21: LGBTQ Program Desk Clerk, MS.Kimberly
Defendant No.22: LGBTQ Program Coordinator, Elizabeth Munshky
Defendant No.23: Faye Yedvary, Program Commissioner
NYC Dept. of Correction Headquarters
75-20 Astoria Blvd.
East Elmhurst, NY 11370 – Bronx County

Defendant No.24: Investigation Division Officer#5
Defendant No.25: Investigation Division officer#6
Defendant No.26: Investigation Division officer#7
Defendant No.27: Investigation Division Officer#8
Defendant No.28: Correctional officer White#8507
Defendant No.29: Correctional Officer Purdy
Defendant No.30: Correctional officer Hickson
Defendant No.31: Correctional officer Mcneil
Defendant No.32: Correctional officer Ritter
Defendant No.33: Correctional officer Rivera
Defendant No.34: Correctional officer King
Defendant No.35: Correctional officer Smith

Defendant No.36: Captain Jones
Defendant No.37: Correctional officer John Doe#1
Defendant No.38: Correctional officer John Doe#2
Defendant No.39: Correctional officer Tate
Defendant No.40: Captain L
Defendant No.41: Captain Guan#367
Defendant No.42: Correctional officer Jinks#8503
Defendant No.43: Correctional officer Cui
Defendant No.44: G.R.V.C. Doctor #1
Defendant No.45: P.R.E.A. Officer Graciano
George R. Vierno Center
09-09 Hazen Street
East Elmhurst, NY 11370 – Bronx County

Defendant No.46: Sharma Dunbar
NYC Dept. of Correction Headquarters
75-20 Astoria Blvd.
East Elmhurst, NY 11370 – Bronx County

Defendant No.47: Captain Christian
Defendant No.48: Captain Matthews
Defendant No.49: Correctional officer Santos
Anna M. Kross Center
18-18 Hazen Street
East Elmhurst, NY 11370 – Bronx County

Defendant No.50: J. McCarthy
Bronx County Hall of Justice
265 East 161st Street
Bronx, New York 10451 – Bronx County

Defendant No.51: J. Sussman
office Administrator Assigned Counsel Plan (18B Panel)
253 Broadway, 8th Fl
New York, New York 10007 – New York County

Defendant No.52: Chief K. Stokes
Defendant No.53: Chief Patricia Feeney
NYC Dept. of Correction Headquarter
75-20 Astoria Blvd.
East Elmhurst, NY 11370 – Bronx Court

Defendant No.54: Captain Lopez
Defendant No.55: Deputy Tindal
Defendant No.56: Captain Beharie#1711
Defendant No.57: Captain Fernandez
Defendant No.58: Correction officer Mitchell
Defendant No.59: Correction Officer Rivera
Defendant No.60: C.O. John Doe#111
Defendant No.61: C.O. John Doe#222
Defendant No.62: C.O. John Doe#333
Defendant No.63: C.O. John Doe#444
Defendant No.64: C.O. John Doe#555
Defendant No.65: C.O. John Doe#666
North Infirmary Command
1500 Hazen Street
East Elmhurst, NY 11370 – Bronx County

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.     Where did the events giving rise to your claim(s) occur? In different Facilities of the New York City Department of Corrections.

B.     What date and approximate time did the events giving rise to your claim(s) occur? All dates and times are stated in the Affidavits, See Affidavits of Truth

C.     Facts: Plaintiff was subject to multiple assault, Sexual harassment and assaults, Mass discrimination, Mass negligence, Defamation, Libel perse, Slander perse, Fraud, Identity Theft, Malicious prosecution, false arrest, false imprisonment, et al ongoing Crimes.

> **What happened to you?**

See "List of Defendants" attached hereto

> **Who did what?**

Yes, other third parties that I will identify once document number is returned to me.

> **Was anyone else involved?**

" See "List of Witnesses"

> **Who else saw what happened?**

IV.   **Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

All injuries are stated in "Description of Injuries"

*Rev. 05/2010*

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. _Reserved._

_See "Statement of Relief"_

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __1__ day of __August__, 20__21__.

Signature of Plaintiff _____

Mailing Address __1500 Hazen Street__
__East Elmhurst, NY 11370__
__B.C.I - 8952000188-HCF__

Telephone Number _____

Fax Number *(if you have one)* _____

**Note:**   All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff _____

Inmate Number __B.C.I # 8952000188-HCF__

**W.E.M.O.'S**



**WORLD**

**W.E.M.O. Administration**

## Description of Injuries

· October 15 – October 23:
· Sexually assaulted, Discrimination by reason of gender, retaliation, libel, Slandered, raped, property theft, et al.,

· November 24 – December 1
· unnecessary use of force, false arrest, wrongful imprisonment, sexual harrassment, failure to protect, 8 days of wrongful imprisonment including no showers, no phone calls, no recreational services, no law library services, no medical attentic during the 8 days on Keeplock, I was deprived of food for 3 days including on Thanksgiving day, mass negligence, no Religio service, property theft, discrimination by reason of gender, et al.,

· June 4, 2021
Brutal assault, stabbing in the bottom lip, sustained over 15 stitches, more damaged front teeth, infection in front teeth, Defamation, Discrimination, failure to protect, irreparable injury, bloodloss, laceration to upper lip, dreads ripped off my head, et al.,

· June 10 – June 16, 2021
· Retaliation, Traumatize for seeing a deadbody, false arrest, false imprisonment, assaulted with feces, urine, bleach, boiled eggs, hot water, and other items, Discriminated by reason of gender, failure to protect, failure to provide a safe unit, et al.,

· CR-00632-2021
· Discrimination, libel, slander, false arrest, false accusation, victim of fraud, property theft, Defamation, et al.,

· July 28, 2021
· sexual assault, retaliation, assault, bruise to my facial area, lacerations to both my wrists, property theft, Discrimination, victim of fraud, property damages, et al.,

· including emotional distress, mental anguish, psychological damages, and other injuries and damages.

TRAPGODVERSION2019

United States District Court
Southern District of New York
Reservation of Rights

IN RE: Christopher Hiram "Cano"

Ms. Cano reserves the right to file additional Pleadings for this case on a later date or at least when the docket number for this case is set. Such Pleadings contains of:

- Statement of Claim for Relief Pursuant Fed.R.Civ.P. 8(a)
- Interrogatories Pursuant to Fed.R.Civ.P. 33
- Request for Production of Documents Pursuant to Fed.R.Civ.P. 34
- F.A.R.A. Complaint
- Statement of Fraud
- Writ of Conspiracy
- Writ of Quo Warranto
- R.I.C.O. Statement Pursuant to 18 U.S.C. §1961
- Pre-Trial Restraining Order or Injunction
- False Advertising Statement
- F.O.I.L. Petition Pursuant to 5 U.S.C. 552
- Criminal Copyright Infringement Complaint
- Criminal Libel Statement
- Reservation of Rights for Third-Party Practice
- List of Witnesses
- A.D.A. Discrimination Statements
- Economic Damages; Breach of Contract Statement
- et al., Motions, Petitions, or Writs

All documents stated herein will be submitted after the docket number is issued.



W.E.M.O.'S
WORLD



W.E.M.O. Administration

## (AFFIDAVIT OF TRUTH)
### Statement of Facts

On Thursday October 15, 2020 I was coerced to housing unit 3 East from housing unit 3 South B after some false allegations were filed on October 14, 2020 against me and another female detainee. (The false allegations incident is detailed in a separate statement of facts) However, Rose M Singer Center (R.M.S.C.) employees such as Captain Folks, Captain Cranston, Deputy Nelson, Security Officer John Doe#1 Mexican, and Security Officer John Doe#2 Black utilize a unnecessary use of force to coerce me to this housing unit (3 East). After several complaints of uncomfortability that I made to several captains and officers about my safety in this housing unit I was ignored and not assisted at all As I was trying to build my comfortability in this housing unit by meeting other detainees and getting familiar with the house rules and program, Inmate Christine Hanna Bell#541200472 invited herself to my personal area while I working on some legal material by the dayroom area on a vacant table. At this moment was when I had my first encounter with inmate hanna. Inmate hanna's conversation was to inquire into my personal and sexual life, which I refused to have and demanded her to cease because I didn't feel comfortable speaking about my personal and sexual life. I do recall stating to her to give me some personal time because I didn't want to be bothered and that I needed to complete some assignments. Minutes later she left the table, but constantly kept coming back and fourth to ask me questions such as "are you hungry?" or "If you want to talk to me privately let me know", "We can talk about anything". Knowing that I didn't want to be bothered. Based on my Psychological standpoint, Hanna's motive to build a friendship with me was to induce me into participating in sexual activity with her, in which I refused Furthermore, Inmate hanna continued to forced me to have conversations with her in which I kept conversations basic, not personal nor sexual to keep peace between us, and so I won't appear to be rude nor disrespectful. On Sunday afternoon October 18, 2021 while I was showering, inmate hanna entered the shower room and kneeled down by the corner stall digging in a blue bucket. At this time, I didn't mind for her to be in the shower while I was there because that is a right that we as Transgender woman are fighting to have. So that we be treated as women equal under the law. (see my Affidavit for the LGBTQ Task Force). However, Inmate Hanna who was believed to be washing her clothes in the bucket that was in the shower room began to inspect my body and asking me questions that I felt highly uncomfortable answering, such as "are you really going to get surgery? Oh what's that on your private?", referring to the foreign object on my front private part area. Inmate hanna while inspecting my body stated a humorous comment about my buttocks



W.E.M.O.'S WORLD

W.E.M.O. Administration

Which made me laugh. At this moment, I am not aware that she was targeting my private area, it wasn't until I began to rinse off my facial area which caused me to close my eyes that she made her way towards my private area. Inmate Hanna intentionally grabbed my penis and puts it in her mouth then she grabs my buttocks and began fingering my anal leaving me sexually induced, in total shock, and emotionally disturbed. When I broke free from her, I did became angry and had intentions of hitting her but instead I held my tempur. I did however threatened her and began calling her names because I was disturbed, angry and shock at what she had just committed. Inmate Hanna kept apologizing in panic because she thought I was going to report it to the officers right away. Due to the principle that prisoners live by the "No Snitching" policy is the reason why I didn't report it directly to the officers right away. Afterwards, I did told her to leave it alone that I wasn't going to tell anybody, in which I also warned her to leave me alone and to stay away from me much as possible. Apparently, it was difficult for inmate Hanna to keep away from me. After I warned her. Inmate Hanna constantly kept giving me commissary items in a bribing manner to prevent me from reporting her criminal acts. If the security cameras are thoroughly inspected the facts stated herein can be proven. On Monday October 19, 2020 Inmate Hanna disregards my warnings and continues to annoy me by continuing bribing me with food and other things.

DOC failed to properly investigate true allegations

On October 20, 2020 was the day I broke the silence. After the incident that occurred on 10/18/20 with inmate Christine Hanna (a White American female stool pigeon) I decided to brake the silence by reporting it to 311 constituent service approximately 9:00am. I made it stated that inmate Hanna had forcibly touched me and had unwanted sexual contact with me. I also warned them that inmate Hanna intended to bribe me by giving me commissary and making proposals of having menage a trois with her inmate friends. Approximately two (2) hours later PR.E.A. officer Rib came to speak to me about the complaint I made earlier that day. I warned her to move me out the housing unit or move inmate Hanna out of the housing unit because I felt highly uncomfortable with her. It wasn't until the next morning of October 21, 2020 when D.O.C. officers retaliated by conducting a harassing search upon the entire house that was when they removed inmate Hanna out of the housing unit. DOC has failed to properly investigate true allegations made by me. PR.E.A. officer and the mental health doctors are the only employees who took notes and/or my allegation into consideration, they are aware that I filed these allegations first and they was also made aware that inmate Hanna


W.E.M.O.'S
WORLD


W.E.M.O. Administration

had intentions to retaliate, by manufacturing evidence to commence
a frivolous lawsuit or action against me for her to make profit for her
own private and malicious interests.

· DOC Selective enforcement involving Viewpoint Discrimination

Imprimis, D.O.C. failed to take immediate action on a true allegation
but took improper and immediate action on a false allegation. Prior to the
false allegation made by inmate Hanna, Inmate Angelina Pagan had also filed
some false allegations claiming that me and Detainee Daila Santana Gonzalez
were having Sexual relations. Inmate Daila Santana Gonzalez is a person
whom I refer as best friend. Inmate pagan been attempting to retaliate against
inmate Gonzalez for personal issues So inmate pagan is Known for filing
numerous frivolous false allegation on Detainee Gonzalez. On Wednesday
October 14, 2020 a Captain came to housing unit 3 South B and informed
me and Detainee Gonzalez that allegations were filed between us and
that one of us had to decide who will be leaving because we have to be
separated. Furthermore, Detainee Gonzalez and I refused and respectfully
demanded the Captain to invoke upon higher authority because we wanted
to be heard as we never made allegations against each other. However,
approximately 3 hours after the Captain warned us, the R.M.S.C. security
officers came to the housing unit to somewhat investigate the false
allegations. The security team (Capt Bleige, S.O. John Doe, S.O. John Doe #2,
S.O. Jane Doe #3, S.O. Jane Doe#4, S.O. Jane Doe #5), induce Detainee
Gonzalez and I into writing a statement So that they won't remove us
from the housing unit. Detainee Gonzalez and I stated in the statement
that neither of us reported complaints against each other and that these
were false allegations being made in retaliation and to harass. We made
these statements voluntarily, Knowingly, and thinking we were going to receive
protection from such order of separation. We in fact made it stated to
them that we are best friends and that we don't ever have problems with
each other. The following morning was when D.O.C. officers Conducted
such a harassing search to coerced and extract me out of housing unit
3 South B and coerced me to 3 East. 3 East is the housing unit whereby
inmate Hanna false allegations derived from.

Secondly, D.O.C. selective enforcement involving viewpoint discrimination
whereby my rights and gender is being attacked. D.O.C. decided to conduct a selective
investigation only protecting inmate Hanna because she's born a female,
refusing to take my allegations into consideration because I am a trans-
gender female. I am also alleging that racial discrimination is involved because
inmate Hanna is of white american race and I am of Haitian Dominican
Descendant. After I filed my allegations, I made it stated to the 311

3.


**W.E.M.O.'S WORLD**


**W.E.M.O. Administration**

Representative P.R.F.A Officer Gib. Julia McCarthy a P.R.F Lawyer and Mental Health Doctors that I want to be free from retaliation for reporting these allegations, I also informed them that inmate Hanna will retaliate by filing false allegations to cover up her sexual misconduct. I also made it stated that inmate Hanna was prone on adding her inmate friend as a witness to her false allegations knowing that her friend was also involved in the sexual misconduct Furthermore, the Selective investigation being done by D.O.C. is mere discrimination because D.O.C. States that transgender Women being at R.M.S.C. is a privilege not a right. Therefore, D.O.C. discriminatory act not fully acknowledging transgender Women as females brought about this clause. My grievances were ignored and my rights were violated and I am alleging that D.O.C. officials conspired to cover up my complaints because I am a member of the LGBTQ Community exercising constitutional power whereby they are in opposition and according in degrading LGBTQ members, like me. Moreover, DOC Investigation Division failed to make proper investigations into the allegations of both parties, and failed to conduct investigations in a timely fashion. On Friday October 23, 2020 approximately after I am was my first encounter with the I.D. officers after the incident. I however did refuse to provide them with any information as they were conducting a selective investigation knowing that it would prejudiced my rights as my testimony is not being taken into consideration. Also, in the afternoon of that Friday October 23, 2020 I was discriminately transferred back to the male facility from R.M.S.C. for those false allegations. Before I was transferred to AMKC that afternoon. Sel Captain King stated that Mental Health Doctors wanted to speak to me before I left the building. I was brought to the legal visit room near intake and put in a booth. Minutes later other I.D officers appeared conducting a similar selective investigation about all the other false allegations filed on my name. From false evidence that D.O.C officers conspired to deprive of my constitutional Rights. Those were other investigation Division officers not Mental Health doctors whereby security Captain King deceived me.

**• Affidavit Of Truth on Angelina Pagan**

On July 26, 2020 I was just transferred to 10 building from the CAPS Area at Rose M. Singer Center. I never had any issues with any inmates in the CAPS Area only issues was from either the department negligent acts or abuse of authority by officers or Civilians. On July 26, 2020 I was placed in 17 cell at 10 building in Rose M. Singer Center, the housing unit where I met Angelina Pagan.




W.E.M.O'S WORLD

W.E.M.O. Administration

Imprimis Angelina Pagan was one of the inmates who didn't want me in the housing unit because of my gender. When I first arrived to the housing unit. Afterwards, inmate Pagan and I made friends and she became a very jealous. When I met inmate Pagan, I also met inmate Pagan's group of friends who she only associate with. Yes! inmate Pagan became a very jealous friend. Inmate Pagan friends did become a problem in our friendship. Inmate Pagan inmate friends were always attempting to indule her into getting me to doing sexual favors for them, they was trying to purchase sexual services from me with commissary items, they were basically forcing me to be their friend. They at times would not allow me to speak to other females in the unit because they would bully them if they seen speaking to me. Angelina Pagan herself was very possessive over me pretending like if she was my husband or something. Inmate Pagan and I did became very close for a while. Inmate Pagan did try to find ways and places to induce me into so that she can perform sexual acts upon me, she did attempted to perform sexual acts upon me various times but I wouldn't let her. Inmate pagan's biggest frustration was that I would reject her sexual offers at all times but still maintain to be her friend. After numerous rejections, inmate Pagan one day at breakfast time became very offensive and began to verbally attack me saying things like "Roosta, I am tired of you already saying you're gay, you not gay. You are not a transgender women. You're a fake ass transgender woman, What the fuck are you doing here. I try to throw the pussy at you, you didn't take it, so what the fuck ate you're doing here, Are you a snitch or informant, Are you trying to find out about our cases, Do you work for the D.A., Who the fuck are you". All these statements were verbal declarations made by inmate Pagan and her friends to me, that day because I refused to participate in sexual activity with them. I do have a witness who was present when that verbal assault occurred. The verbal assault did occur after August 28, 2020 because, on August 28, 2020 Inmate Pagan and her friends did celebrate my birthday. If cameras are thoroughly inspected, it will show inmate Pagan and her friends decorated the entire dayroom to celebrate my 27th birthday. After numerous rejections of mine, including on my birthday (Inmate Pagan had offered me a orgy for my birthday which I also rejected) others started to see that our friendship was falling apart. Before our friendship fell apart, Inmate Pagan one day made it stated to me that IF I leave the housing unit and start another friendship with other girls that she would call PREA to retaliate on me because she believed I belong to her. (She stated these statements to me in a joking manner) I also made it stated to her that if she did that I will pursue action against her and the other entities as well for harassment and retaliation, and et al, ongoing crimes.


W.E.M.O'S
WORLD


W.E.M.O. Administration

## • Other Facts

• Inmate Pagan in the end began to influence other girls into getting me assaulted so that I can leave the house.

• On September ___, 2020 I packed my property up and demanded the Captain to remove me from that housing unit.

• Inmate Pagan at times would inform me that other officers have been assurting and spreading rumors stating that I was having a sexual relationship with her and her friends.

• Inmate Pagan had a Correctional officer friend who was doing unlawful things such as bringing in contraband to Pagan, inducing other officers into not complying with their responsibilities and obligation.

• This officer who was bringing in contraband for inmate Pagan, would induce the Commissary officers into bringing inmate Pagan $125 dollars worth of Commissary Knowing that inmate Pagan was on Commissary restrictions. This officer is alleged to be Correctional Officer Turner a black female Law Library officer. These acts are not false neither misleading but events that I have witnessed but couldn't report it because I feared I be retaliated on.

## • Statement of Claim on Inmate Turner and Inmate Colon

The Investigation Division officers also stated that inmate Turner and inmate Colon also stated false allegations on my name but failed to address to me the cause of their investigation so I refused to further speak to them. The Investigation Division officers stated to me that inmate turner made a report saying that I had unwanted sexual contact with her. Inmate Turner was in housing unit 10 building when I was there. And she was also transferred to 3 South B. When I was there. I barely had any type of contact with inmate Turner except the times when I had separated her from having physical altercations with other inmates. I had separated inmate Turner from 3 physical altercations with other inmates. Inmate Turner and I were friends although she attempted several times to sexually induce me to performing sexual services for her. I refused several times, inmate Turner had asked me to do specific sexual acts but I didn't really pay no mind to her because I didn't really take her serious. Inmate Turner the last day I heard from her was when she send a message with a friend of mine stating that "I am a bitch nigga for stealing her property". Inmate Turner on her last

 

W.E.M.O.'S WORLD

W.E.M.O. Administration

physical altercation which I separated was removed from housing unit 3 South B, whereby her property was packed up by officers. Inmate Turner believes that I stole her scarf while packing up her belongings. When the officers were responsible for her property. For this reason, I allege inmate Turner retaliated by filing these false allegations for harassment purposes so. Thus, I declare that the allegations made by inmate Turner are in fact false, misleading, deceptive and with intent to delay, harass, retaliate and violate me, of my rights.

• Inmate Colon, an elder female, who was in the same housing unit with me at 10 building and in 3 South B, Inmate Colon throughout the whole jail is known to be a trouble maker. Inmate Colon and I were associates until she began a rumor in the housing unit 3 South B, whereby she stated that me, her and her hermaphrodite lover friend were having menage a trois in the "streets." Those verbal declarations made by her are false and misleading as I never even met her in the streets of New York. I met Colon in jail (housing unit 10 B) and for those verbal declarations she made that were false and misleading she had almost anticipated physical altercations with the other female detainees who wanted to beat her up for creating and spreading such rumors. The Investigation Division officers was not specific when they came to ask me about the false allegations of inmate Hanna, Pagan, Turner and Colon. The only statements made to me by the Investigation Division officers was that the following inmates reported complaints of me having unwanted sexual contact with them. So if Inmate Colon stated that I had unwanted sexual contact with her she is in fact misleading and deceiving the system for her own malicious interest. Inmate Colon and I were never involved in any sexual activity, inmate Colon various times had walked in the shower room while I was occupying the showers, I never made a big deal because that is a right Transgenders are fighting for. Inmate Colon used to clean her clothes while I was occupying the showers, used to smoke her drugs while I used to occupy the showers and I never had any issues neither problems with her handling her business while I occupied the showers. I alleged that inmate Colon purpose of filing these false allegations is to seek to initiate a frivolous lawsuit for her own malicious interest. I also allege that the initiation of these complaints are of a discriminatory nature and it seeks to discriminate me because of my gender and they believe that they are entitled to a lawsuit for being in the same unit with me.

All of these complaints made by these inmates are false, misleading, and deceptive and are to retaliate and harass me. Due to these false allegations I am being subject to false arrest, wrongful imprisonment Defamation per se, libel per se, slander per se, criminal libel, Copyright

TRAPGODVERSION2019





**W.E.M.O.'S WORLD**

**W.E.M.O. Administration**

Infringement, Discrimination by reason of Gender Preference, Harassment, Deprivation of rights under Color of law, Conspiracy of rights, being Subject to unlawful proceedings, Medical Malpractice, Medical negligence, legal malpractice, legal negligence, malicious prosecution, et al, ongoing crimes.

• Other related events including false arrest, conspiracy and other acts.

On February 26, 2021 was my reconsideration date for me to reapply for Transgender Housing Unit (T.H.U) services after being maliciously transferred out of Rose M. Singer Center. On Friday October 23, 2020 New York City Department of Correction makes it extremely difficult for I Transgender females to find Transgender Housing Units. There is only one T.H.U. in the NYC Dept of Correction and it's located at Rose M. Singer Center R.M.S.C. failed to housed me in that T.H.U. When I was transferred to R.M.S.C. NYC Dept of Correction has failed to place me in adequate, safe housing units with inmates of my same gender for years while being incarcerated herein and after a multitude of times complaining and applying for adequate safe housing units or T.H.U. the NYC DoC Constantly subjects me to danger zones and places me in gang houses where I am more likely to be brutally assaulted.

• On Thursday March 11, 2021 approximately after 9:00am I contacted the LGBTQ programming at DOC extension #1010 to reapply for the THU Services. However, when I was connected with an assistant, I explain to the assistant the situation. The assistant who seems to operate the front desk (where the extension #1010 connects you to is believed to be Ms. Kimberly. Ms. Kimberly is the person I spoke to several times in the past even while being held at R.M.S.C. When I call #1010 I always ask for Elizabeth Munsky the program coordinator, but most of the time Ms. Kimberly says Ms. Munsky is not available so leave the message with her. On Thursday March 11, 2021 when I spoke to Ms. Kimberly she wanted me to explain why I was transferred out of R.M.S.C. As I had explained my piece of the story, she pretended like she was assisting me but rather incriminated me into a crime. After I explained my side of the story I had asked her if she can assist me in transferring me back to R.M.S.C. to a different unit from where the false accusers are housed. She stated to me in a negligent manner, "Oh, we don't have T.H.U. services for you, if you scared for your life, sign in to Protective Custody (P.C.). We can't help you at this moment" these are the verbal declarations made by LGBTQ Service phone operator of #1010 Ms. Kimberly. After she made those statements, she had caused mental anguish upon me, intentionally inflicted emotional distress upon me and put my safety at risk. Hitherto, I render the LGBTQ Services #1010 highly ineffective for me to

TRAPGODVERSION2019




W.E.M.O.'S WORLD

W.E.M.O. Administration

use as a member of that Company had discriminated me out of their program. After she made those statements I warned her that I will file suit against her entity for such violation. I allege that Ms. Kimberly and her entity had retaliated on me after I warned her that I will be suing. I also allege that Ms. Kimberly, her entity and the NYC DOC employees had conspired to subject me to these unlawful proceeding and false arrest for retaliatory purposes. Approximately (2) two hours later the Investigation Division officers came to my present housing unit 9A at G.R.V.C. to rearrest me but did not serve me any documents neither did they properly inform me of what was they conducting. My reconsideration date was on February 26, 2021 upon my own discretion I decided to wait a few days longer to call and reapply for my reconsideration which was on March 11, 2021, I do allege it was conspiracy and retaliation being done because the Investigation Division officers came to falsely arrest me the same day I called and warned Ms. Kimberly that I will sue her for her discrimination and negligence basically the day she denied my reconsideration. I also alleged that she conspired to have me mischarged, libeled, and defamed by accusing me of these false rape charges to prevent me from receiving further LGBTQ programming; to subject me to vulnerability, to prevent me from living with members of my gender at R.M.S.C. and I also allege that it is to retaliate on me because I was a real LGBTQ member exercising constitutional rights at R.M.S.C. It was on Thursday March 11, 2021 approx. 12:45 pm three (3) I.D. officers came to falsely arrest me verbatim in which they served me no documents neither did they try to conduct an impartial investigation. There were two (2) white male officers and one (1) black female officer.

• May 25, 2021 Fingerprints Stolen & Assault by NYC DOC Employees

Due to the anticipated events described in this Affidavit of Truth, "Christopher Hiram Cano" is being subject to an ongoing false arrest and malicious prosecution by agents, employees, and/or servants of the City of New York and the State of New York Judicial Officer J. McCarthy maliciously ordered two fraudulent UOF orders on March 12, 2021 and on May 25, 2021. He arbitrarily ordered these uses of forces to unlawfully seize my private property (Fingerprints and Signatures) without just compensation in violation of the Fifth amendment.

On Tuesday May 25, 2021 as NYC DOC officials failed to properly informed me of a Court day on May 25, 2021 or that I had court that day. I was subject to a unnecessary use of force,


**W.E.M.O.'S WORLD**


**W.E.M.O. Administration**

Unauthorized Use of Authority, and physical assault by Security Officers which amounted to gang assault (Such Security officer are C.O. White #8507, C.O. Purdy, Hickson & McNeil, including C.O. Ritter #7994 C.O. Rivera, and C.O. Allaba.) However, While the Security Team had arrived to my present housing unit 9A to coerced me to the intake area. I became highly disturbed because Nobody nor Officer had informed me that I had a alleged court date so they came to attempt to extract me. Although, I was ready to go. I never refused these Officers still found their way to abuse me. Imprimis, I was deceived by a black Female Officer Who stated I had to go to Medical for a dental appointment, in which that wasn't true. They were utilizing a unlawful deceptive practice Whereas they would deceive me into going to medical for a Covid-19 temperature check before going to court. On my Way to Medical from 9A, the Security Team, Who were the ones escorting me began to antagonize and provoke me to trouble. First, they began by calling me out of my gender after I corrected them and told them my name is pronounced MS. Cano not Mr. He, or him. Security Officer White #8507 began to utilize profane language at me including using discriminatory slurs such as "Faggot, You ain't like that". What You going to do if I call you "He". After Security Officer White refused to acknowledged my gender the Other Officers began doing the same committing hate crimes calling me out of my gender to provoke me. On my way to the Medical area, the Security Team continue to verbally attack me While I was trying to defend Myself. Out of nowhere Security Officer White pushes me by my back causing me to react then takes a blow to my left facial area influencing other Officers to commit the same. Other Officers began to take blows at my facial area and left chest area leading the other Officers to abusively restraint me against my Will then another Officer John Doe began to bend my arm Whereby he intended to cause injury to my right and left wrists. Those officers under color of law had placed me in handcuffs then began to inflict injury to my right arm by attempting to break my wrist. This part of the incident occurred on front of housing units 3 and 5, if cameras are thoroughly inspected it will demonstrate the events described herein. Minutes later, While being handcuffed on my way to medical, Security Officer ripped my legal documents that were notarized and ready to be evidenced for the court to process. This Officer rips up my legal work intentionally and to harass and assault my property. This event is also on camera by the entering door of the Main Medical Clinic. After the unnecessary use of force I was denied proper Medical care neither was a Use of Force filed. The Security Officers also in cahoots with the negligent doctors also committed Medical negligence by failing to examine me for my injuries. Due to this event, I received a lacerated and bruised right wrist and left wrist, few blows to my facial area, black and

TRAPGODVERSION2019

  

blue bruise to my left chest area, and scratches to my right chest area.

(To Be Amended, Addendum, and Complete)

TRAPGODVERSION/2019


W.E.M.O.'S
WORLD


W.E.M.O. Administration

State of New York, County of Bronx ,ss

Before me, the Subscriber, a notary public for the City of New York, State of New York, Personally appeared Christopher Hiram, Cano", who being duly Sworn, deposes and Says, this Affidavit of Truth Presents the facts that occurred on and after October 14, 2020.

Sworn and Subscribed this 4th day of August ,2021

NOTARY PUBLIC

8/4/2021

SHANKAR AYLOO
Notary Public, State of New York
No. 01AY6039789
Qualified in Richmond County
Commission Expires Nov. 29, 20__

WE THE PEOPLE,

Christopher Hiram,, Cano", Sui Juris
Private Attorney General
TrapGoDConstitutionalist
All Rights Reserved ,Droit-Droit
1st Amendment "Under Protest""Without Prejudice"

U.C.C. 1-308

U.C.C. 1-207

TRAPGODVERSION/2019

DEMONSTRATION New Jury Trade and Constitutionalist, et al,
Plaintiff,

VS.

UNITED STATES OF AMERICA/Corporate America,
Defendants,

DKRT: 2011 R # 1777(88)
Public Jury Trial Demand

# EL DEMONIC ROOSTA



MARVEL

Project:

Free The Roosta!

GOD© 2020.
JEFFREY MINEO67@gmail



W.E.M.O.'S
WORLD

W.E.M.O. Administration

Statement of CounterClaim



W.F.M.O.'S

WORLD

W.E.M.O. Administration

## Affidavit of Truth

Following the events stated in "Exhibit A." Further private acts of Violations on my property was committed by Christine Hanna. Inmate Hanna while being in the Same housing unit had stole Scientific Tangible private property from me, (I, the Plaintiff had entered into a private Contract agreement with pre-trial detainee Daiva Santana Gonzalez, Whereas I began to Sow My Seminal Fluid in a glove. So that I can give my best friend what She had lost." Brief Introduction. Santana My best friend, was Wrongfully Arrested and imprisonment approximately November of 2017 for the death of her Child. MS. Gonzalez, ex husband who is still legally married to her on documentation had negligently Caused the death of her Child. MS. Gonzalez only Child had died while being under the Custody of the father due to the father allowing the Child to overdose by inhalation, by allowing the Child to wander around a room full of illegal substance. MS. Gonzalez on the other hand was not present when the incident occurred but because she is the other responsible parent she was discriminately Arrested. MS. Gonzalez during her entire incarceration has been standing on her 5th amendment right to be free from self- Incrimination. The State of New York has been using her silence Against her in violation of her 5th amendment right. Where it ensures that nobody shall be detained because of their silence. MS. Gonzalez is a very beautiful person and I love her with all my heart. We was supposed to make a great amazing story together, about how we met in jail. What we went through and how She came in without a baby And how she was supposed to leave with a baby. (Baby- Husband & Child- Husband in the terms of her contract before and TrapGod in the terms of her contract after being released) ("My Right to Marital Status"). Due to the unlawful acts of inmate Hanna, Our beautiful fine story is destroyed. MS. Gonzalez and I as LGBTQ members are aware of our rights under the American Rule" of (" Laurence vs. Texas" 539 U.S 558 "holding that the petitioners, Who are LGBTQ Members, are entitled to respect for their private Lives, and the State "cannot demean their existence or control their destiny by making their private Sexual Conduct a crime," relying on the right to liberty under the due process Clause and noting that there is an area of personal liberty that the government may not enter.) MS. Gonzalez and I were Standing on the beautiful principle of this Case law, however, due to our Separation that Caused me to be placed in the Same housing unit with inmate Hanna, was the reason I began to Sow My Seed in a glove for her as I promised her. When I was in the housing unit with inmate Hanna. I was Stationed on the opposite Side of her. My bed was the last bed on the Corner beside the fire exit door. All my property was placed by the Wall. Books, piles of My legal documents and Magazines, Whereas I used to keep

 

W.E.M.O.'S WORLD

W.E.M.O. Administration

the glove Containing My Seminal Fluid inside a green Cup, right beneath the area of my pillow. Inmate hanna and her unwanted presence at times later learned what I had in my Cup and had already assumed who I was saving it for. By reason of the excessive searches being Conducted at the female jail it Cause me to think that one of the officers might of violated my property by trashing it during the search they Conducted in the housing unit but that was not the Case. In the latter while being housed in the male facility I always manage to stay in Contact with friends that are incarcerated still at the female jail. It wasn't until my friend's wife, who's also incarcerated with inmate hanna that had informed us that inmate hanna was bragging to her fellow inmates friends about how she is going to get a lot of money for the Case. She Conspired against me. She was also heard bragging to her friends about how she fabricated the false allegation of rape in details. She was heard telling her friends how she took my gloves, Containing my Seminal Fluid and Submit it into her Vagina right after she Called 311 Constituent agency and supposedly she kept my glove to manufacture her evidence for her Case. She also was heard stating how they came with a rape kit and how they had her fill out a statement so that she can bring charges against me. Your honour, with all due honesty, I have not received a single document on this frivolous Case. All this information I received was from my sources, not the Courts, not the D.A., not the lawyer. Nobody but from my sources, who are over there with her. In Fact, Inmate hanna is not aware that I have sources in the housing unit she's acting as agent for my behalf. Also, my sources also informed me that there are officers who also heard her bragging about the frivolous Case, notwithstanding, that one of my sources also told me how she told an officer that we was in a relationship having Consensual sex. And since I snitch on her first. this the reason why she retaliated back. So that she can Cover her ass. Inmate hanna when I was present in the same housing unit as her, became very obsessive over me. and jealous about my affairs with Ms. Gonzalez. On one occassion, Inmate hanna while heading towards the medication window stopped by the beautician where she spotted Ms. Gonzalez then attempted to provoke Ms. Gonzalez into fighting with her because she wanted Ms. Gonzalez to believe that our affairs was over and that inmate hanna Stole me from her. Inmate hanna was provoking Ms. Gonzalez stating "Look Bitch, you can forget about Roberto, he's my man now, he doesn't want to talk to you. So don't Call him, don't send him no food because I'm taking Care of him" these are the verbal statements Ms. Gonzalez and other witnesses Stated that inmate hanna had declared verbally. Although the events in the statements she made were not true this Caused for Ms. Gonzalez to go into a Certain state of mind that Caused mental anguish and emotional Distress upon her. However, inmate hanna basically try to Confuse us into insecurity about our affairs. And drive us into a break up so that she can get her way. Inmate hanna came back to me

TRAPGODVERSION/2019

2



**W.E.M.O.'S WORLD**



W.E.M.O. Administration

After Coming back from medication and try to make me believe that MS. Gonzalez Send her with a message Stating "that She is done with my nasty faggotass" although I knew this was a tactic inmate Hanna was trying to utilize to stop me from talking to her. In the latter I was able to Speak With MS. Gonzalez and Sort things out, I explained to her about inmate Hanna psychotic behavior and MS. Gonzalez did however Called P.R.E.A First on my behalf but nobody came to investigate. These are the psychotic acts of inmate Hanna who is planning to defraud the government by making False reports of rape So that She can retaliate on me, Coverup her violations and to use this Case to make Compensation for her own malicious personal gain. Wherefore, I pray that this Court Can Conduct a proper fair and diligent investigation So that authorities can be aware of Inmate Hanna acts of Conspiracy, Sexual abuse, obstruction of administrative justice, retaliation, Tampering with a victim, making false Claims to gain monetary property, et al, ongoing Crimes She has Committed. If Security Cameras are thoroughly inspected, allegations herein can be proved including additional witness Statement.

(To Be Addendum, Amended, and Complete)

TRAPGODVERSION/2019


**W.E.M.O.'S WORLD**


**W.E.M.O. Administration**

State of New York, County of Bronx ,ss

Before Me, the Subscriber, a notary Public for the City of New York, State of New York, Personally appeared Christopher Hiram, Cano", who being duly Sworn, deposes and Says, this Affidavit of Truth presents Further details that occurred after october 14, 2020.

Sworn and Subscribed this 4th day of August ,2021

NOTARY PUBLIC

8/4/2021

SHANKAR AYLOO
Notary Public, State of New York
No. 01AY6033799
Qualified in Richmond County
Commission Expires Nov. 29, 20__

WE THE PEOPLE,

Christopher Hiram,, Cano", Sui Juris
Private Attorney General
TrapGoDConstitutionalist
All Rights Reserved ,Droit-Droit
1st Amendment "Under Protest""Without Prejudice"

U.C.C. 1-308
U.C.C. 1-207

TRAPGODVERSION/2019







| W.E.M.O.'S WORLD | W.E.M.O. Administration |
|---|---|

## AFFIDAVIT OF TRUTH
## Legal Brief

I, Christopher Hiram, "Cano" Sui Juris, Private Attorney General in Fact, Trap God Constitutionalist, State this juramentum necessarium as a juramentum voluntarium duly jurare to speak of the truth, the whole truth, nothing but the truth not under threat, duress, inducement, or coercion but of my own free will to explain my honest testimony that I have experienced, observed, and was affected by while being a LGBTQ member during my incarceration awaiting trial hereat Rikers Island. This Affidavit of Truth will discuss matters about the unlawful and discriminatory practices that often occurs in Rose M. Singer Center and the other New York City Jails as well regarding the LGBTQ Community including the general population when it affects the entire Community of different Classification of detainees.

### • Officers are not addressing us as preferred

Rose M. Singer Center employees and/or officers are refusing to address me as I want to be addressed. I always warn a officer to address me as "Ms. Cano, Cano, Ms, She, and her" but R.M.S.C. Officers that refuses to acknowledge my gender do not addresses me as preferred. I find it unprofessional and discriminatory for such Anti-Discrimination policy not being properly implemented on these officers and employees who's constantly repeating this discriminatory act influencing other employees to repeat the same pattern. At times, Officers misaddress me by calling me by my first government registered name "Christopher", which I have renounced and its being subject to change. I find it very unprofessional, disrespectful, and degrading for an employee to call me "Christopher" instead of the names I demand to be addressed by. I personally feel less than a female, it intentionally inflicts mental anguish upon me, emotional distress and it subjects me to embarassment. As part of transitioning to a Transgender Female, we are constantly training ourselves to be a woman in every aspect; physically, mentally, spiritually and emotionally. We do not deserve to be degraded by persons liable and obligated to respect our gender and preference. NYC Dept. of Corrections needs to implement better guidelines when addressing a LGBTQ member's preference especially a transgender detainee. I allege that this discriminatory conduct is being repeated throughout all NYC Jails affecting the transgender detainees.

### • R.M.S.C. Officers are treating us different from the Female detainees

R.M.S.C. Officers are treating us transgender females different from the Females detainees; 1. As I stated above they are not addressing us by our gender preference, 2. Officers do not let transgender females shower with other Female detainees,


**W.E.M.O.'S WORLD**


**W.E.M.O. Administration**

3, Other NYC Jails in reference to the Mens Facility that are detaining transgender females are not providing the transgender females the equal rights, privileges, and entitlements that are being provided to the females and transgender females at the female facility such as the Commissary products or the additional medical services the female receive. 4, the discriminatory policy that allows females and transgender females to possess hair products that do not allows the transgender females detained at the male facility to possessed. Such policy is being improperly implemented while the male facilities conduct their searches and seizures, they constantly confiscate the transgender detainee's wigs, hair extensions, hair tracks, eyelashes and other material essential to their whole identification of a transgender female, which is distinct from the female facility. 5, such fundamental acts of comfort that female or transgender females provide other female friends or detainees with such as hugs, kisses on the cheek, dancing, hair styling, etc. are not allowed by transgender females because officers commence to harass, intimidate, or threaten the inmate with such excessive use of authority because of the discriminatory thinking or conduct they practice towards transgender women, They don't allow transgender females to comfort other transgender females nor do they allowed transgender females to comfort females nor receive vile versa. (a, Certain officers also have a discriminatory behavior towards transgender females when they wear the same clothing in the housing unit as the females. The female detainees wear clothing that certain officers do not allow the transgenders to wear such as dresses, booty shorts, leggins, stockings, blouses, etc. It is unfair treatment and discriminatory for the officers to tell the transgender females to put their uniform on but do not tell the females detainee to do the same. This discriminatory practice is being done by certain officers because not all officers are committing these acts. Certain officers allowed us to be and those discriminatory officers continue their discriminatory practice that differs transgender females from the female detainees.

• R.M.S.C. Shower Issue

R.M.S.C. Officers do not allow for transgender females to shower with the other female detainees causing discomfort, annoyance, incitement and major disturbances between both classes of detainees. This discriminatory custom causes discrimination on transgender females and causes incitement or disturbance by the female detainees. I was placed in housing units where I was the only transgender female and females in general were showering together but one of the major issue is that the R.M.S.C. Warden Charlisa Walker does n't allow for us females in general to shave in our cells like they allow us to in the mens facility. Since Transgender females are not allowed to shower with the female detainees, we cannot shave freely whenever chosen because we can't share the shower room together. For instance, Razors are allowed in this facility from 5am-6:40am and from 8:00am-8:55am only for a maximum of 30 minutes. However, If I decide to get a razor today at 8am another female loses that right for that day because we can't be in the shower room together. This also pertains to the transgender females because they do not allow trans females to shower together also.


**W.E.M.O.'S
WORLD**


W.E.M.O. Administration

At times, when a trans female is occupying the showers and another trans female wants to shower the officers stops those detainees from entering the showers causing those detainees to become disturbed, uncomfortable and even starting conflicts with those detainees. There are times when the female detainees start to verbally attack the trans females or verbally attack the officers due to the frustration and annoyances. Also, I've been discriminated various times whereas officers have told me discriminatory statements such as "You're not a real female, he's still a man so you can't shower with him or you are a tranny so you can't be in the shower room with the females. Such statements are intent to degrade me, to treat me less than a woman and to subject me to discriminatory treatment. Conflicts also arises in the dormitory area, wherein all the toilets, sinks and showers are all together in one area. The showers in the dorm area are connected with the toilets and sinks so we are required to utilize it at the same time. For instance, I can utilize the toilets and sinks while a group of females are in the shower but I am not permitted in the showers because officers says I am not a real female. When I am in the shower the females are not permitted in there also. Although there are seven showers, I merely utilize one, it seems to be a discriminatory problem. Concluding, that leaving the officers with the authority of deciding who can be in the shower room together will always cause future problems and will remain the subject of the issue at hand. As detainees we shall have the right to freely decide who can. We share the shower room with or who we don't feel comfortable with because this will prevent future conflicts with officers and will restore some comfortability for both classes of female detainees.

· R.M.S.C. disparages our right to personal grooming equipment.

R.M.S.C. disparages our right to personal grooming equipment such as razors. As I stated before, R.M.S.C. only allows us detainees to utilize the razor for a very short amount of time less time than the mens facilities. As per the Board of Correction Minimum Standards and D.O.C. policy, we are allowed to utilize the razors from 5am-7am or 8am -10am. Here at R.M.S.C. it has been alleged that the warden created a unfair custom that disparages our timing to utilize the razors from 5am-7am - 8am -10am. This unfair custom only allows us to utilize the razors from 5am-7am - 8am -9am. Only leaving the officers with the authority to add on the disparagement. Due to this unfair custom it also allows the officer to further abrogate our right by neglecting us the right to use it when and how long we can use it. For instance, officers knows we are allowed to use it from 5am-7am or 8am-9am but instead you have officers who will refused to provide it to us after 6:30am or 6:45am knowing we still have time left. These officers often do this because they fail to give proper care to their duty such as sleeping on the job which causes them to refuse to provide us with the razors at such time. Also, this unfair custom that the warden implemented also disparages our right to utilize the razors on Saturday and Sunday. Such custom is contrary to D.O.C. policy regarding the use of razors. This disparagement is not happening in the mens facilities, which

TRAPGOD/VERSION/2019

1½/2


**W.E.M.O.'S WORLD**


**W.E.M.O. Administration**

Constitutes unfair treatment. The disparagement also continues when they don't allow for trans female to share the shower room with other trans females and females in general, which is the only place they want us to utilize the razors.

### • R.M.S.C. Law Library Negligence.

Here at R.M.S.C., this is one of my biggest issue which seems to be affecting the General population as well. Law Library herein is extremely ineffective and highly gross negligence. Since the Covid-19 Pandemic has taken effect, the legal coordinators were left with 3 adequate duties: Research, copy and notarize legal documents for all detainees. Since I was transferred to this facility on July 3, 2020 I have been denied all these services from the law library hitherto. Two law library coordinators by the name of Ernest Oomoroghe and Ms. Sheard (First name unknown) are causing the mass negligence. I have grieved these civilians numerous times and never received any responses. These legal coordinators have refused to notarize my extraordinary motions and refused to inform me in writing their reasons for denial of such notary. I further learned that I am not the only one, thats being affected by these civilians but the general mass also herein. Other detainees herein are being denied the same, officers, captains, and deputies that I've spoken to stated to me that they tried dealing with this problem but was out of their power. I was even told one time that the law library is not a issue here because the females don't use it much. As trans female we constantly exercise our rights and it is unfair that the law library is not being put to use like it is in the mens facilities. There are females detainees that need to utilize the service of the law library but because most of them fear that they might be subject to retaliation if they reported the ineffectiveness of the law library. It remains ineffective. I believe that if they change these two coordinators and provide us with the equal opportunity we receive in the mens facility we can have an effective law library and be free from discrimination we receive from these coordinators.

### • In the Case of U.O.F at R.M.S.C

In the case of uses of forces at R.M.S.C. When dealing with transgender people, R.M.S.C. Administrators discriminately assigns all male officers to deal with transgender detainees who are likely to commit assaults. On August 26, 2020 I had refused a institutional cell search as it was being done to harass and over my refusal I was subject to a use of force. R.M.S.C. Administrators had discriminately assigned all male officers to extract me from my cell to the intake area, during the extraction I was assaulted and innappropriately touched by male officers. This can be prevented if R.M.S.C. Administrators reform their policies into a policy thats constitutional and free from discrimination. In situations like this, Transgender people are being treated less than a human. This is prima facie evidence that they don't treat us like females.

2



W.E.M.O.'S WORLD



W.E.M.O. Administration

• R.M.S.C. Searches & Seizures done for harassment and retaliatory purposes

R.M.S.C. administrators continue a pattern of excessive and harassing searches and seizures that is not being done in the mens facilities. Since I came here to R.M.S.C. I've been experiencing excessive and harassing searches and seizures I've been subject to over 30 searches and seizures less than four months. In the Mens facilities, the most searches I've been subject to in a four (4) month range would be five (5) or less. This is a discriminatory custom that is being done upon the female detainees. The only dates I can recall of the harassment searches are as follow; July 3, 2020, July 5, 2020, July 6, 2020, July 16, 2020 (all in the cags area), July 26, 2020, August 3, 2020, August 5, 2020, August 26, 2020 (all in the 16 building), September 14, 2020, And September 28, 2020, et al. On July 6, 2020 I was subject to an individual search for discriminatory, harassing and retaliatory purposes. On August 5, 2020 several incidents arised from that search which involves officers committing voyeurism, stalking, obstruction of property, property theft, assault and harassment. On August 26, 2020 where I was subject to an unnecessary use of force by all male officers and was assaulted. While these searches was being done unprofessional officers was stating to the female detainees that they were being done before because I am a security threat, or that I keep calling 311 Constituent Services on the officers, or that I might of brought a weapon with me from the Mens Jail. These searches was being authorized by the warden Sharitsa Walker. I find that these discriminatory, harassing, and retaliatory searches are in fact excessive and unlawful. Even the drug tests herein, I once had a Infraction dismissed for refusing to provide DNA sample for a drug test, but in this facility I was found guilty. When the other Infraction from the Mens Jail was "Dismissed on Policy," here at R.M.S.C., I was found guilty and they failed to inform me what directive or rule I was found guilty of violating. These discriminatory searches and seizures is not only a violation towards the LGBTQ comm. but to the female population in general, this shows the inequity towards the female gender in the N.Y.C. Jails. This pattern has to cease and reformation needs to take effect in this area so that us females and Transgender people can share and enjoy equal rights under the law.

"Peter Pay for Paul" Creed is a violation of all NYC detainees Rights

Peter Pay for Paul is a religious creed that the NYC Dept. of Correction employees implement on the detainees as a form of arbitrary use of authority. This system of belief is utilized as a form of punishment to punish a whole population of detainees for one's individual actions. I have witnessed and experienced this repeated pattern throughout my entire time of incarceration here at Rikers Island. Hitherto, here at R.M.S.C. I am still experiencing this "Peter Pay for Paul" custom at the housing unit I am presently at (3 South B). For instance, there has been several physical altercations here at 3 South B but the inmates that were involved in those altercations are no longer in this housing

TRAPGODVERSION/2019

2½




W.E.M.O.'S WORLD

W.E.M.O. Administration

unit but the housing unit receives the punishment after those inmates were removed from there. 3 South B' has been placed on a $20 twenty dollar hygiene buy only for the actions of inmates who are no longer in the housing unit. Also, those inmates that were involved in those alterations were placed in housing units wherein there ain't no Commissary restrictions. In Fact, 3 South B' has been replaced with newly admitted inmates who has recently been incarcerated and Know nothing about the housing units history. Subjecting these inmates to unfair and degrading treatment for actions committed by other inmates that these inmates have never seen. This practice is being done in different facilities and in housing units where inmates are vulnerable, and do not Know how to exercise their rights. By reason of this Religious Creed the NYC Dept. Of Correction are subjecting us to unfair and degrading treatment including Cruel and unusual punishment. It is believed that there are several Mens Jail that has taken procedural steps to abolish this Custom. This religious Creed has been implemented in many forms of punishment such as lockdowns, Commissary restrictions, Suspension of Certain Rights, Privileges, and entitlements. This is a matter that effects the LGBTQ detainees and the general populations of all genders and Classifications. This "Peter Pay For Paul" Custom has to be abolished in whole as it violates other peoples belief and subjects every detainee affected by it to unfair treatment. I am a Satanist and this Creed is a absolute Religious Violation. The NYC Dept. of Correction Cannot demonstrate a Written directive, policy, rule, or regulation that allow for these employees to implement this unlawful religious Creed.

• Unequal Privileges & Entitlements between Mens and Female Jails

In the Mens facilities we don't get Certain things that the Females get and vice Versa. In the Mens facility we don't get Certain things that the Females facility provide the Female detainees with such as Commissary products, Medical Services, privileges, and others. The Female Commissary has more products than the mens Commissary options such as Nair, Conditioner, hair grease, hair Cream, body Cream, hair repair, Douche product, et al. these things shall be added to the Mens Commissary options because Trans Females are housed in the Mens Facility and these products can be used by any gender also without any discrimination. Certain Medical Services that the females receive in their facility I believe the Mens shall have also as it pertains to our health. It is unfair that the females has extra Mental and physical health Services such as the Wellness program; which provides Acupuncture, Wellness Counseling, Mindfulness instruction and Meditation. These Services as they are very helpful for the females, it can be extremely helpful for the Men as well. This would be consider a unequal privilege because the wellness program can be provided to any gender without any discrimination. The Female Facility Medical Service also provide the female detainees with a Lip Balm made by Safetec, which is very effective for the lips. I've been incarcerated here at Rikers Island for almost 54 Months, and every time I used to go to Court I would have to make trades with the female detainees in order to get the lip balm. The entire time, I was trading my earned Commissary for the lip balm, I never knew I was being subject to the trade secret of the female detainees, wherein

TRAFGODVERSION/2019


W.E.M.O.'S
WORLD


W.E.M.O. Administration

they tell the men that the lipbalm was sold on Commissary. It wasn't until I first came to R.M.S.C. on July 3, 2020 that I further learned that the Lipbalm was free and that it would be provided to you over the counter upon request. Maybe if they provide the men with that equal medical entitlement, there won't exist such a fraudulent trading scheme. Also, the females detainees has the privilege to receive black, pink, white, and gray clothing through correspondence such as bathrobes, shirts, underwear, socks, blouses, and bras, which is not fair for the trans female or other LGBTQ members housed in the Men's facility. In fact, there are even other issues that derive from this unfair privilege. Whereas a trans female that was transferred to the men's facility from R.M.S.C. and brought with her these clothing it would be confiscated from her on a search or at admission process in the mens facility. These issues at hand shall be scrutinize and subject to reformation so that both genders can enjoy equal rights under the law.

## • R.M.S.C. Mail tampering and delaying

Another major concern of my mine is the mailing process hereat R.M.S.C. All my legal and business mail has been tampered for years in many different forms. All the Mens facilities follows a discriminatory custom wherein the mail officers do not provide the detainees with the envelope of their incoming legal correspondence but rather provide us with the top left hand corner of the envelope which contains the sender's address. This unlawful tactic has been implemented for years, and as long as I've been incarcerated. I possess over a hundred top left hand corner pieces of all my legal, business, and privilege letters that was sent to me in the past. The custom was created supposedly to maintain the safety and security through the correspondence process but it has affected my cases in various ways due to the loss of evidence in those envelopes. I allege that tactic constitutes negligence, unfair treatment, illegal seizure, and it violates Statutes such as the N.Y. Penal Law § 250.25 R.M.S.C., on the other hand has a more of a deprivational tactic wherein the mail officers does not provide us with any part of the envelope, they just hand you what's inside. I filed many complaints on this issue including at R.M.S.C. and no response was ever provided to me. This is a complex situation because in the mens facility they provide me with those sender's addresses or at some men facilities they provide me with the entire envelope but R.M.S.C. doesn't provide us with anything. The delaying in the mail is another issue. Wherein we're not receiving our mail in time nor is our mail being sent out in a timely fashion. These unfair and disparaging mail directives needs to be reformed.

## • R.M.S.C. harassive Medical refusal procedure

R.M.S.C. employees discriminatory repeated practice of disparaging our right to refuse unwanted medical service. R.M.S.C. harassive Custom regarding

TRAPGODVERSION2019

3 1/2




W.E.M.O.'S WORLD

W.E.M.O. Administration

the procedure when dealing with an inmate refusal of unwanted medical service needs to be reformed. In certain occassions I've seen inmates refused unwanted medical treatment and was harassed by officers with video cameras and would be made the subject of an infraction for such refusal. In the Mens facility this harassing practice does not exist wherein the inmates refusal of unwanted medical treatment does not subject the inmate to punishment nor harassment. In the Mens facility, we just advise the escorting officer to bring us the form if signature is required or refused verbatim. Hereat R.M.S.C., I have refused unwanted medical service various times and was made the subject of some recording video camera including receiving threats of an infraction by officers and captains. This discriminatory custom needs to be abolished to a more equal policy that the mens receive.

• Our Entitlement to Newspaper Service abrogated

   R.M.S.C. employees discriminatory repeated practice of disparaging our right to public information through our newspaper service. This practice is being repeated in several mens facility including Rose M. Singer Center. Our entitlement to the state's newspaper service is a minimum standard and is being abrogated because, D.O.C. administrators allows for the officers to destroy the newspaper by ripping out numerous pages leaving us with barely no newspaper at all. These officers rip out pages so that we don't become aware of certain public information that we are entitled to. They state that they do that for security purposes but I find it negligent that we are receiving a 3 page "daily newspaper" or a 5 page el Diario news-paper. As we see the current events in the television, why can't we read the same public information on our newspaper that we seen on our local channels of television. I find it negligent and fraudulent for this department to receive whatever state or federal funds on behalf of the detainees to receive this newspaper service thats not being afforded to the actual inmates as expected. This fraudulent discriminatory practice has to be abolished into a policy that allows us our equal access to public information through our newspaper service.

• R.M.S.C. employees circulating rumors committing libel and slander

   R.M.S.C. employees unlawful and dischminatory practice of circulating slanderous statements causing conflicts, confusion harmful rumors, false allegations, and disturbance. R.M.S.C. employees practice a discriminatory pattern whereas officers create their own rumors to harass, intimidate or to bring attacks upon the detainee's reputation, honour, and good name. Such rumors can be harmful wherein it can lead to an inmate being involved in a physical altercation with another inmate, altercations

TRAPGODVERSION/2019

4




WORLD

W.E.M.O. Administration

With an Officer, Arguments, or even emotional distress and disturbance inflicted on the inmate. For instance, I am a transgender Women and I still retain my extra parts by reason of me being a trans female. With my extra parts I've been subject to many rumors throughout the R.M.S.C. facility. When I was placed in the first general population house, unprofessional Officers circulated rumors that I was in a quadruple relationship with three (3) other female detainees subjecting us to embarassment. Different Officers would then questioned these female detainees individually if this was true. These rumors had arised because we had a very healthy friendship and because I come from the opposite gender. Other rumors began to circulate when I was placed in another housing unit stating that I was in a sexually relationship with a female detainee in this housing unit, these rumors arised from the same reasons I stated above. I find it unlawful and unprofessional for these Officers to circulate harmful and degrading rumors committing libel per se, slander, Official misconduct, harassment, and other violations to New York State laws and Federal laws. These officers are not merely circulating rumors but are bringing stereotypical attacks upon the LGBTQ community because these officers are subjecting other transgender females to similar rumors as well. In this particular matter, there needs to be a system of discipline for matters like this as this act of circulating slanderous statements is a form of bullying and harassment and it can subject the detainee to embarassment, intentional infliction of mental anguish, intentional infliction of emotional distress, emotional disturbance, intimidation, great risk of injury, other anticipated injuries, and create uncomfortability for all LGBTQ members hereat R.M.S.C. This misconduct needs to cease and it must be confronted by the competent authorities who has the power to do so.

• R.M.S.C. unlawful practice of housing two conflicting inmates together

R.M.S.C. Warden Sharlisa Walker practice a unlawful and unsafe custom of placing two (2) conflicting inmates back in the same housing unit instead of rehousing them in another housing unit and avoiding further conflict. Warden Walker once toured in our housing unit and stated that she does not care if she places two conflicting inmates in the same housing unit because she will not be opening new housing units to place these inmates in. I overstand that is not the warden's duty to reopen new houses for conflicting inmates but it is her responsibility to ensure the safety of the inmate? Not providing the inmate with the opportunity to be rehoused after a altercation constitutes negligence and it causes a safety risk for the inmate. For the warden to say such a thing, demonstrates the improper care towards her duty and negligence, and it will also malinfluence her employees who are more likely to commit the mass negligence throughout the entire facility. This type of conduct is not happening in the mens facilities wherein inmates who engaged in physical

TRAPGODVERSION2019

4 ½

altercations are being rehoused because R.M.S.C. is of the opposite gender does not give the warden the right to treat us different and subject us to customs that are contrary to Board of Correction Minimum Standards and D.O.C. policy.

There are a variety of issues that I would like to discuss and bring forth to yall attention but I would have to close this letter due to the limitations. I hope that these matters can be reformed and that my concerns can be heard by competent authorities who can apply these changes and make D.O.C. a safer, healthier, and better environment for us pre-trial detainees.



Christopher Hiram, "Cano", Sui Juris
Private Attorney General
TrapGoDConstitutionalist
All Rights Reserved, Droit-Droit
1st Amendment "Under Protest" "Without Prejudice"

TRAPGODVERSION/2019

U.C.C.1-308
U.C.C.1-207



W.E.M.O.'S
WORLD



W.E.M.O. Administration

State of New York,   County of Bronx   ,ss

Before Me, the Subscriber, a notary Public for the City of New York, State of New York, Personally appeared Christopher Hiram, Cano", Who being duly Sworn, deposes and Says, this Affidavit of Truth presents the unlawful and discriminatory practices that often occurrs at Rose M. Singer Center.

Sworn and Subscribed this 4th day of August, 2021

NOTARY PUBLIC

8/4/2021

**SHANKAR AYLOO**
Notary Public, State of New York
No. 01AY6033789
Qualified in Richmond County
Commission Expires Nov. 29, 20__

*WE THE PEOPLE,*

*Christopher Hiram,, Cano", Sui Juris*
*Private Attorney General*
*TrapGoDConstitutionalist*
*All Rights Reserved ,Droit-Droit*
*1st Amendment "Under Protest""Without Prejudice"*

U.C.C. 1-308
U.C.C. 1-207



TRAPGODVERSION/2019

...CONSTITUTION... jury, TRADE, DUE CONSTITUTIONALIST, et al,

Plaintiff,

vs.

UNITED STATES OF AMERICA/Corporate America,

Defendants,

DKT#: 2011 R x 777(08)

Public Jury Trial Demand

EL DEMONIC ROOSTA



MARVEL

Project:

Free The Roosta!

GOD© 2020.

JEFFREY MINEO 67 @ gmail



W.E.M.O.'S

WORLD

W.E.M.O. Administration





W.E.M.O.'S
WORLD

W.E.M.O. Administration

## Statement of Facts
### Commercial Affidavit of Truth

On Tuesday November 29, 2020 approximately 2:00pm I was involved in a physical altercation with another LGBTQ inmate at Quad 13 Lower in A.M.K.C. After the altercation we were transferred to the intake unit. While being at the intake unit I was further violated of my rights. Subservant Christian (who has rank of Captain) who has violated me numerous times in the past continued to sexually harass me and violate me in various ways. Cpt. Christian was the probe team Captain responding to the alarm. While transferring me to the intake unit She began to annoy me by picking on my clothes. Cpt. Christian was prone to force me to be search by male officers against my refusal after I informed her about DOC policy when searching Transgenders. Cpt. Christian had sexually harassed and discriminated me by stating insults towards my sexual preference and gender identity. When I stated to her that I be search by my gender, She stated "You're a man, You have a dick, right! You don't have a pussy!" She then pointed to her vagina area and stated "I have a pussy, You don't." At that moment, the verbal confrontation ended with her threatening me with her abuse of power. She made verbal threats stating that if I didn't allow for those men to strip search me, that She would place me as CMC, transfer me out the building and place me in a ganghouse so I can get cut. So I complied under threat, duress, and coercion. Cpt. Christian even induce officer Santos to say that he's a transgender so he can search me. However, Cpt. Matthews rehoused the other LGBTQ inmate in another housing unit he felt comfortable in and informed the intake staff that I can go back to Quad 13 lower after seeing medical. While waiting for the medical escort, another officer conducting his rounds ask me for my name and then asked me if I knew that I was being transferred to G.R.V.C. I was confused and stated to him that he must be mistaken because the Captain said I'm going back to Quad 13 lower. When he went to go double check, he informed me that a email was sent by a Dept. authorizing the movement. At this moment, I began to fear for my safety because I knew that there ain't no housing units for transgender people at G.R.V.C. When I arrived at G.R.V.C., I refused to be strip searched by male officers. So they had me go through the radiometer machine, the officers spotted something on my left chest area through the machine, they thought to be contraband but only to find out that there's something internal in my chest area, not contraband. Something that requires immediate medical attention. I also inform those officers that I was feeling some type of pain in that area for couple of weeks. They then advised me to see medical the next morning. Thereafter, Captain L had warned me since I cannot sleep in the intake area that I'll sleep in a housing unit until 5am and he would pick me up and bring back to intake to figure out where to place me at. The

First house he brought me to was 10B (a Trinitarian ganghouse) a gang that assaulted me at V.C.B.C because of my sexual preference, I resisted and refused to stay there overnight as I spotted that those inmates were not secure in their cell at almost 12 o'clock at night. Afterwards, Captain L. brought me to another housing unit 9A, he told me that he'll be back for me at 5am but that was intentionally untrue. I was placed in 6 Cell, in housing unit 9A, a Cripganghouse. I have been wrongfully imprisoned in this Cell since Tuesday night, November 24, 2020 and today is Monday November 30, 2020 and I still have not been able to shower, shave, nor utilize the telephones, I have not been afforded Medical attention, I have not been afforded recreational services, and these officers have not been feeding me properly. Officer King who was Dabst on Thanksgiving day acted highly negligent and failed to feed me the entire day. On Tuesday night when I arrived to G.R.V.C. intake was when I ate my last plate until Friday afternoon, I was not fed on Wednesday nor thursday it wasn't until Friday lunch time, that I ate. On Thanksgiving day I was supposed to be at R.M.S.C enjoying a thanksgiving festival with inmates of my gender instead I was wrongfully imprisoned at G.R.V.C. in a Cripganghouse starving to death, and abandoned in a cell, Captains and officers failed to assist me and failed to provide me, with any type of services. Several Captains and officers there aware that I feared for my life and safety in this housing unit but failed to help. They refused to move me so they subjected me to this cruel and unusual punishment. This is the second time that officers failed to feed me while being under the custody of Sharma Dunbar. As I continue to be wrongfully imprisoned I will continue to take notes so that I can take action against this corruption. I demand that the City of New York assigns such agents and officers to investigate thoroughly the events in this Complaint. I demand that the officers who orchestrated this event be subject to discipline and punishments according to the laws they violated.

True, Correct, and Complete, Not meant to mislead

★Right to be addendum

*WE THE PEOPLE,*

*Christopher Hiram,, Cano°, Sui Juris*
*Private Attorney General*
*TrapGoDConstitutionalist*
*All Rights Reserved, Droit-Droit*
*1st Amendment "Under Protest" "Without Prejudice"*

U.C.C. 1-308
U.C.C. 1-207

TRAPGODVERSION2019





**W.E.M.O.'S**

**WORLD**



**W.E.M.O. Administration**

State of New York,   County of Bronx    ,ss

Before me, the Subscriber, a notary Public for the City of New York, State of New York, Personally appeared Christopher Hiram, Cano", who being duly Sworn, deposes and says, this Affidavit of Truth presents the facts that occurred after November 24, 2020.

Sworn and Subscribed this 4th day of August   , 2021

NOTARY PUBLIC

8/4/2021

**SHANKAR AYLOO**
Notary Public, State of New York
No. 01AY6033789
Qualified in Richmond County
Commission Expires Nov. 29, 20_2_

WE THE PEOPLE

Christopher Hiram,, Cano", Sui Juris
**Private Attorney General**
**TrapGoDConstitutionalist**
**All Rights Reserved ,Droit-Droit**
1st Amendment "Under Protest""Without Prejudice"

U.C.C. 1-308

U.C.C. 1-207



TRAPGODVERSION/2019

...ADMINISTRATION..., Trafficand Constitutionalist, etal,

Plaintiff,

vs.

UNITED STATES OF AMERICA/Corporate America,

Defendants,

DKT#: 2011R v 777(CA)

Public Jury Trial Demand

# EL DEMONIC ROOSTA



MARVEL

Project:

Free The Roosta!

GOD© 2020.

JEFFREY MINEO 67 @ gmail

W.E.M.O.'S WORLD

W.E.M.O. Administration

Exhibit "D"




**W.E.M.O.'S**
**WORLD**

**W.E.M.O. Administration**

## Affidavit of Truth

On June 4, 2021 approximately after 4pm at George R. Vierno Center in housing unit 9A I was brutally assaulted in my cell (6 cell) after Security Officer told the assailant inmate that I am a "Sexual Predator" and to beat my ass. The assailant inmate had brutally assaulted my bottom lip with a sharp object that appeared to be plexy glass (Also known as "Plexi") and continued to throw blows of closed fist punches to my mouth and facial area causing my bottom lip to be split into two, my top lip received lacerations in the inside from the blows and my front teeth was further damaged and caught an infection. Afterwards, I was transported to Bellevue Hospital to be treated by surgeons. I had received over 15 stitches and was placed on antibiotics for weeks to get rid of the infection on my teeth. I, however, did lose large amounts of blood all over my previous cell (6 cell), there was blood all over my legal documents, legal books, clothes, the floor and the wall. Right after the brutal assault, I had to improvise an excuse on how I was going to report it without making it appear that I was attacked because I was stuck in a middle of an entire gang house. There was no way where I could've screamed for help knowing that that situation could of been worse. Where I could of received life threatening injuries. Thus, I had to fabricate an alibi stating that I had slipped and fell by the shower. The C.O. on the unit was well-aware that I had just been attacked but he was scared to even make a move as he was outnumbered and the odds of a response team coming to assist him is none, he more likely would have been beaten to death also by the time the response team would have came. So in order for me to nuetralize the situation I had to fabricate the slip and fall by the shower. The C.O. was coerced by the gang members to not report it and to just call in the slip and fall when I was ready. When the doctors came to pick me up with the gurney, they seen my injuries and the first thing the doctor said was "where's the blood? as there was no blood by the area. I lay down by, I also had to do that so that I can come back to the housing unit and secure all my property because these officers do not care about my property. However, the assailant inmate was dealt by the gang members of that housing unit which was the reason why I didn't fear to go back. (See exhibit "C" Which was the housing unit I was keeplocked in for 8 days including Thanksgiving day Whereas I was retaliatory transferred from A.M.K.C. I was able to live in that house because some of those inmates heard that I am a skilled in the law so they agree to keep me so that I can help guide them with their cases. Although, they were all aware that I am a Transgender Woman. I was able to live there for seven and a half months before I was sent out the building for retaliatory purposes. I had to secure all my property as that is all that I live for right now, that is my life, my freedom, my six years worth of work, and my everything in there.

TRAPGODVERSION/2019


W.E.M.O.'S WORLD


W.E.M.O. Administration

In addition, If I would have complained of changing my housing Unit at that moment, The Security Team (who are also named defendants herein) would have placed me in a worse gang house here at C.R.V.C. as they already threatened to throw me in a "blood gang house", the day they had assaulted me. (See May 25, 2021 assault) So to avoid all of that I return back to the housing Unit. Days later after the assault the assailant inmate came to me and apologize and he stated that he thought I lied to him about why I was locked up the entire time I knew him in which he was confused because he stated that Captain Louise (This Defendants name has to be identified) Who is part of the security Team told him that I was a sexual predator and that I needed to be handled with. I did informed the assailant that I am being held on gun charges and being falsely accuse of attempted Murder but that I caught a very unique case while I was at Rose M. Singer Center. I have never committed any sexual offenses neither have I been convicted of any sexual offences, for this to occur. If the security cameras are diligently inspected the allegations herein can be proved. Due to this event, I had sustained a lacerated broken bottom lip, lacerated inside of my top lip, Further damages to my teeth including swollen gums and a infection, bruises to my facial area, and including a fresh dreadlocks from my head pulled out.

(To Be Addendum, Amended & Completed)

TRAPGODVERSION/2019



**W.E.M.O.'S WORLD**



**W.E.M.O. Administration**

State of New York, County of Bronx ,ss

Before me, the Subscriber, a notary Public for the City of New York, State of New York, Personally appeared Christopher Hiram "Cano", who being duly Sworn, deposes and Says, this Affidavit of Truth presents the facts that occurred on June 4, 2021.

Sworn and Subscribed this 4th day of August ,2021

NOTARY PUBLIC

8/4/2021

**SHANKAR AYLOO**
Notary Public, State of New York
No. 01AY6032789
Qualified in Richmond County
Commission Expires Nov. 29, 20__

WE THE PEOPLE,

*Christopher Hiram,, Canb", Sui Juris*
**Private Attorney General**
**TrapGoDConstitutionalist**
***All Rights Reserved ,Droit-Droit***
1st Amendment "Under Protest""Without Prejudice"

U.C.C. 1-308

U.C.C. 1-207








| W.E.M.O'S WORLD | W.E.M.O. Administration |

## Affidavit of Truth

Following the events that occurred in Exhibit "D", I was further Violated, tortured, and dehumanization. On Thursday, June 10, 2021 approximately after 4pm I was forced to pack up by Captain John Doe #41, who stated that I was being transferred to N.I.C. (North Infirmary Center) by the alleged orders of the District Attorney and the Chief of Security. Also, that Thursday, I was packed up during an institutional emergency whereas another inmate had died next door due to the Mass negligence of the Department. After I was packed up I was brought to the second Intake of G.R.V.C., whereas Capt. John Doe #41 stated that the bus was there, ready for me. However, Capt. John Doe #41 had deceived me by making those false statements to induce me in to going inside a inadequate bullpen. I was falsely imprisoned in this bullpen for 12 hrs, from approximately 5:30pm to approximately 4:45am was when the G.R.V.C. Officers transported me to N.I.C. There was never a bus out there as believed to be by Capt. John Doe #41. I was in that cell without food, without drink, with an inoperable toilet carrying previous inmates urine and feces, inoperable sink, no bed frame, no mattress, and a broken window allowing insects to fly in and bite me including no air conditioning.

Upon my arrival to N.I.C. during that Friday morning June 11, 2021 approximately 4:45am, the Capt. From the N.I.C. Intake stated that the Chief of Security and O.S.I.U. had already selected a house for me, which was housing unit 2d the house where I was assaulted twice. Before I was brought to the housing unit I asked the Capt some questions for information, such as "What was my classification status? and he stated I was C.M.C. Status. I then asked him why am I being placed in an open teardorm where I am subject to more harm, he stated that it wasn't him that it was O.S.I.U. and the Chief of Security. That's when I learned that this was a retaliatory transfer. I asked the Capt. "If I can be placed in the one man cell house, where other C.M.C. inmates are placed at. He then stated that I can but since O.S.I.U. controls the movements, I have no choice, but to go to housing unit 2d. I was forced to go to 5 cell, only (1) one inmate was out when I was forced inside the cell. Afterwards, I went to sleep until a few minutes before lunch, but I didn't wake up until I heard the inmates asking each other "Yo Who is that in (5) five cell" Yo is that the Tranny they said they bringing from G.R.V.C." I then woke up to these inmates pressing me about my gender. I try to tell them that I didn't want no trouble, that I am a very peaceful person and I just want to focus on my case, but suddenly I was dissembled by one of them who stated "If I didn't pack up and put my gayass on the gate that they was going to beat the shit out of me." I quickly struggled to put my (11) eleven garbage bags full of property on the gate, while bringing my last bags to the gate they

 

W.E.M.O.'S WORLD

W.E.M.O. Administration

they began to throw bottles, bananas and other items at me, which was the first assault I reported. Thereafter, I was brought to the intake area to recieve further negligence and abuse. I reported the assault to the 311 Constituent Service, nobody has came to address my issue. Furthermore, Capt. Maxwell, who was the only captain in that entire facility who was trying to assist me with my situation. Capt. Maxwell had filed emails requesting protective custody and transgender housing unit for me, to all the responsible authorities. He had me fill out statements including the protective custody paperwork, whereby he had signed off as witnessed and he had always kept me informed of the updates. Capt. Maxwell had informed me that the Depts. and the Chief of Security including O.S.I.U. are preventing Cpt. Maxwell from placing me in a safe housing unit. Capt. Maxwell had stated to me that the Dept. had warned him stating that I had to go back to housing unit 2d, where I was assaulted at. He stated to me that the Deputy wanted me to go upstairs after 9pm and that I will return to intake at 5am. After 9pm because the housing unit was locked in and before 5am I will return to intake because the housing unit locks out at 5am. (The 9pm-5am is a custom that the DOC administrators practice when they become frustrated because they can't provide the inmate a safe adequate housing unit and also for the inmate won't have to sleep in intake. So that a superior won't catch them in the act of violating.) I was subject to the unjust 9-5 custom from that Friday all the way til Tuesday. The Capt. did stated that during the weekend the administrators wasn't present so I had to wait til Tuesday. Unfortunately, On Monday N.I.C. officers including Dept. Mitchell had forgot about me. So I had to do the 9-5 custom again. I had to go to Bellevue Hospital for a follow up on the laceration of the lip so I didn't return until 9pm but when I return was when I recieved further negligence. I asked the N.I.C. officers why they didn't try to find me a housing unit. It's Monday already, they stated that I wasn't present for the superiors to come talk to me. As any reasonable person can understand that a detainee doesn't has the power to house himself/herself, so there shouldn't been any excuse on why they couldn't house me. While being out on a hospital run. This is prima facie of the gross negligence involved. On Tuesday morning approximately 5am after returning to intake from the night spend at housing unit 2d, Deputy Tindal without knowing me, neither knowing of my situation began yelling at the escorting officer stating "Why the fuck you keep bringing him down here, keep him up there!" After the officer told her my situation she acted recklessly as regarded towards me. I then heard her state discriminatory statements about me to the officer she was with saying "I'm tired of these fucking Mooks they keep bringing them here when they know they have a house for them at R.M.S.C." ("Mooks" which is a discriminative slang terminology describing a homosexual in a malicious way) I didn't respond back to her at all because I knew she was ignorant. Moreover, about half and hour later she stated those statements, she came to the bullpen I was in and asked me "Why

2.

TRAPGODVERSION/2019


**W.E.M.O.'S WORLD**


**W.E.M.O. Administration**

can't you live in housing unit 2d?" I didn't even responded to her. I furthered ignored her. About 3 hours later I was sleeping on the floor of the bullpen when Dept. Tindal came with her security team, which included Captain Lopez, C.O. Rivera and 3 other unidentified officers, they utilized a use of force on me to put me back in the same housing unit I was assaulted at. Before the use of force, I try to warned them that I was assaulted there and it was because of my gender. Dept. Tindal then stated "Boy, I seen the cameras a banana and a bottle of water ain't no assault" (But let that be her getting hit with that bottle of water and banana, its an assault right.) This is also prima facie of the abuse of authority these officers are conducting. C.O., these officers forced me back into that house under her orders, then keeplocks me in the cell, while the entire housing unit are out lurking like dogs ready to attack me. Not even five minutes after they left, the inmates began attacking me throwing feces, urine, boiled water, eggs, bleach, and other unknown materials while being in that cell. After they would told to stop, other officers came hand-cuffed me, and rushed me out of the housing unit. When I came out of the elevator heading towards the intake area, the same group of officer that utilized the unnecessary use of force on me, were standing outside the main exit door, when they seen me, with all those substances around they began to laugh at me, then Dept. Tindal seen me. She became frightened and speechless by the look because she knew what she did was wrong and has she violated my human rights. I was then brought to the decontamination shower but I couldn't shower properly as that shower was inadequate to use. Afterwards, I was brought to medical to be seen but the medical attention was ineffective.

(To Be Addendum, Amended, and Completed)



**W.E.M.O.'S**

**WORLD**



**W.E.M.O. Administration**

State of New York,    County of Bronx ,ss

Before Me, the Subscriber, a notary Public for the City of New York, State of New York, Personally appeared Christopher Hiram, Cano", who being duly Sworn, deposes and Says, this Affidavit of Truth presents the facts that occurred at N.I.C.

Sworn and Subscribed this 4th day of August ,2021

NOTARY PUBLIC

8/4/2021

**SHANKAR AYLOO**
Notary Public, State of New York
No. 01AY6033789
Qualified in Richmond County
Commission Expires Nov. 29, 20__

*WE THE PEOPLE,*

*Christopher Hiram,, Cano", Sui Juris*
*Private Attorney General*
*TrapGoDConstitutionalist*
*All Rights Reserved ,Droit-Droit*
*1st Amendment "Under Protest""Without Prejudice"*

U.C.C. 1-308
U.C.C. 1-207

TRAPGODVERSION/2019

...ADMINISTRATION Building Warehouse Constitutionlist, et al,
Plaintiff,

vs.

UNITED STATES OF AMERICA/Corporate America,

Defendants,

DKT#: 2011 & #TI7(CS)
Public Jury Trial Demand

EL DEMONYC ROOSTA



MARVEL

Project:

Free The Roosta !

W.E.M.O.S WORLD



W.E.M.O. Administration



GODLO 2020.
JEFFREY MINEO67@gmail

Statement of CounterClaim

 

W.E.M.O.'S WORLD

W.E.M.O. Administration

## AFFIDAVIT OF TRUTH

Following the events that occurred on May 25, 2021, I was not informed of the reasons for this type of detention. In the latter, I later learned that Placido Lopez was the alleged accuser in a new case. I wasn't properly informed of Inmate Lopez had conspired to bring frivolous false claims against detainees in housing unit 9A the housing unit where he was keeplocked for almost two weeks. Placido Lopez is falsely accusing me, and others of raping him in housing unit 9A.

Imprimis, I met inmate Lopez back in April of 2019 when we were involved in a bus accident. Me, Inmate Lopez, and others were involved in a bus crash incident and were injured. They all agreed for me to protect their rights by filing a class action in which inmate Lopez was also part of. Inmate Lopez when he was brought to our housing unit 9A in the beginning, he was placed in a similar situation to the one I was in. When I was forced in that unit whereas I was place, on keeplocked for 8 days, Inmate Lopez was placed in keeplocked for almost two weeks and Since I know him I was able to help him locked out. Upon him locking out of his cell, he came directly to my cell where we always have legal and recreational gatherings, my cell is like an office. I allow for inmates who I associate with to study and join us on different activities such as legal studies, rap battles or music studies, business preparation, smoke sessions including other time passing activities. Inmate Lopez came to join me and a few others while we was having a smoke sessions, Inmate Lopez came by with his own illegal substance such as K2. (Johnathan Chambers, who is another detainee who inmate Lopez, falsely accusing him of rape too.) was part of my smoke session too. Inmate Lopez is highly aware that the activities he was participating in was prohibited by the Department Rules & Regulations but he voluntarily decided to partake, while conducting these smoke sessions other inmates kept coming in and out of my cell. Never did inmate Lopez got involved in any harmful situation neither was he placed in a life threatening situation other than him being placed in a ganghouse. The entire time, inmate Lopez was in my cell he was enjoying himself because he was busy smoking a lot of K2, I in fact can bring forth witnesses who can state that inmate Lopez was never placed in any harmful situations but that he was offered a lot of hospitality including fair business dealing. Since he was the supplier of K2. However, Inmate Lopez had just been removed from housing unit 3B before coming to our housing unit. Inmates of that housing unit had just placed "Bloodmoney" on him because he took a large portion of drugs from them and utilized a false allegation as an excuse to get away from that house. So that he can leave with their drugs without paying. Therefore, his real reason for being on keeplocked for two weeks was because he was scared

 

W.E.M.O.'S WORLD

W.E.M.O. Administration

that somebody in my housing unit would then take the blood money and harm him to complete the mission. Notwithstanding, Inmate Lopez has been filing false reports. Since I met him. Based on my recollection before, Inmate Lopez left the housing unit he sat by the stairs to where I was standing at and waited for everybody to leave from around the area I was standing by to begin his criminal conversations. Inmate Lopez criminal conversations consisted of him plotting on different ways for him to manufacture lawsuits so that he can make a maliciously monetary gain. His criminal conversations consisted of how he can file a lawsuit for anything. And that include him selecting anybody from housing unit 9A as his prey. Inmate Lopez even asked me for my opinion on his intentions when he sought that if he says that he was placed in a gang house and was rape and beaten after being raped and beaten in another unit, how much money do I think he'll get? or if he cut himself somewhere visible and blame it on one of the inmates in housing unit 9A, how much I think he'll get from that? Was his questions to where he asked for my opinions. I, however, acted neutral and told him I don't know. Inmate Lopez had confessed that he is in fact guilty of the crimes he is incarcerated for such as the robberies and the state is allowing him to file these false reports and claims so that he can level up on his robbery skills by allowing him to file the false claims without any evidence, any investigation being substantially found and without asking any witnesses for accurate information. I have not received any type of information in this case; not a single document. Based on my analyzation and assumptions, I am assuming that inmate Lopez is manipulating state authorities to represent his false claims with the little evidence he has attempted to manufacture and fabricated to make it appear like his claims. There are state officials who are acting in concert with inmate Lopez such as the prosecutor, local judges, Bar members, and other city employees, who are now defrauding the state, embezzling, unlawfully using their position to abuse their authorize power, falsely advertising services, committing acts of attempted murder, conspiracy, conspiring against my rights, depriving my rights under color of law, committing acts of fraud, defamation, criminal libel, slander, hiring a person to subject me to bodily injury including death, and other ongoing crimes. Johnathan Chambers, the other accused person was subject to an investigation by I.D. officers and mental health doctors, so he has made a record of warning the mental health doctors that those were false allegations and that he was made a victim of insurance fraud and other conspiracy fraud. The DOC employees has also subject me to retaliation and discrimination. I was informed by DOC officers that inmates files allegations on other inmates and DOC rarely brings charges on those inmates and for DOC to bring charges on me then must have strong evidence, or they must be retaliating against me for some reason. I am highly aware that DOC officials have been retaliating on me for years because I am the only detainee in the NYC DOC who have been exercising my supreme authority. Out of every detainee



**W.E.M.O.'S WORLD**



W.E.M.O. Administration

in Rikers Island. I am the only detainee whose been holding every DOC employee accountable for their acts of violations including state employees as well. I am the only detainee and private political party whose been developing methods and procedures to enforce the Close Rikers Island Contracts by 2026. I am the only detainee in NYCDOC who's done legal writings for the LGBTQ Task Force. I've been suing the City and State for reformation and accountability and I've been the only detainee whose been exposing and challenging the corruption, abuses and fraudulent behavior and policies of this NYC Dept. of Correctional System. Yet hitherto, I have not received a single relief of justice. I also allege that the Prosecutor Ilya Kharkover, the D.A. Darcel D. Clark, and several Bronx Court Judges including several Bars members, are frustrated because they are highly aware that I know my rights and that I am learned in the law sufficiently. They are also frustrated because they know that I am aware that they are conspiring against my rights and that they have violated RICO statutes. Therefore, they've fabricated two new cases on me because they are aware that they lost the case that they been unlawfully imprisoned me for six years and now they are trying to prevent me from exercising my power by implementing these two new cases maliciously. Wherefore, I pray that this Court with its limited power redress those that have violated me and that have vidated federal laws.

( To Be Addendum, Amended and Complete ).

3.

W.E.M.O.'S
WORLD

W.E.M.O. Administration

State of New York, County of Bronx ,ss

Before me, the Subscriber, a notary Public for the City of New York, State of New York, Personally appeared Christopher Hiram, Cano", who being duly Sworn, deposes and Says, this Affidavit of Truth presents the Facts of the Counter claim by the defendant against Case#CR-00632-2021.

Sworn and Subscribed this 4th day of August ,2021

NOTARY PUBLIC

8/4/2021

SHANKAR AYLOO
Notary Public, State of New York
No. 01AY6038789
Qualified in Richmond County
Commission Expires Nov. 29, 20__

WE THE PEOPLE,

Christopher Hiram,, Cano", Sui Juris
Private Attorney General
TrapGoDConstitutionalist
All Rights Reserved ,Droit-Droit
1st Amendment "Under Protest""Without Prejudice"

U.C.C. 1-308
U.C.C. 1-207

TRAPGODVERSION/2019



...ADMINISTRATION ... Jury, Trapped Constitutionalist, et al,
Plaintiff,

vs.

UNITED STATES OF AMERICA/Corporate America,
Defendants,

DKT#: 20IIRx777(3B)
Public Jury Trial Demand

EL DEMONIC ROOSTA

MARVEL
Project:
Free the Roosta!

[redacted]

[redacted]

GOD@ 2020.

JEFFREY MINEO 67 @ gmail

W.E.M.O.'S
WORLD

[redacted]
W.E.M.O. Administration

[redacted]

**W.E.M.O.'S**

**WORLD**

W.E.M.O. Administration

In The District Court Of United States
Southern District Of New York

People of The State of New York, Inc.,

vs.

Christopher Hiram, Cano, Sui Juris, Private Attorney General, Defendant

Notice of Motion to Remove
State Court Action Pursuant
to 28 U.S.C. §1443, §1446, §1447
& §1498

**PLEASE TAKE NOTice,**

that upon the annexed affidavit of Christopher Hiram, Cano, Sworn to this
22 day of June 2021, and the Charges filed against the above named Defendant in the Supreme
Court of Bronx County, on the 25 day of May, 2021, and upon all the proceedings heretofore had
therein, the Undersigned will move this Court at a term thereof to be held at the Courthouse located at
500 Pearl Street, New York, New York 10007-1312, on the 11 day of August 2021, at 9:30 O'Clock in the
Forenoon of Said day or as soon thereafter as Defendant Can be heard, for an order removing State
Court action Criminal Docket# CR-00632-2021 from the Supreme Court of Bronx County to
the District Court of the United States, Southern District of New York, on the grounds that
I, the Defendant am being denied and Cannot enforce in the County of Bronx, My Substantial
rights under International, Federal and State law providing for the equal Civil Rights of
Citizens and Nationals of the United States, or of all persons within the Jurisdiction thereof;
and on the ground that a fair and impartial trial Cannot be had in, the County of Bronx, pursuant
to the provisions of Section §1443, §1446, §1447, & §1498 of the United States Code Service,
Title 28, and for Such other and further relief as the Court May Seem Just and Proper. See
28 U.S.C. §2202

To:
Darcel D. Clark, Bronx County District Attorney
U.S. Attorney for Southern District of New York
N.Y. State Chief Judge, Janet Difiore
Bronx County Supreme Court Chief Judge,
Julio Rodriguez III

TRAPGODVERSION/2019

WE THE PEOPLE,

Christopher Hiram,, Cano, Sui Juris
**Private Attorney General**
**TrapGoDConstitutionalist**
**All Rights Reserved, Droit-Droit**
1st Amendment "Under Protest" "Without Prejudice"

U.C.C. 1-308
U.C.C. 1-207



...list, et al,
Plaintiff,

vs.

UNITED STATES OF AMERICA V Corporate America,
Defendants,

DKT#: 20HRV 777(GB)
Public Jury Trial Demand

## EL DEMONYC ROOSTA



MARVEL

Project:

Free The Roosta!

W.E.M.O.'S WORLD



W.E.M.O. Administration

GOD© 2020.

JEFFREY MINEO 67 @ gmail



**W.E.M.O.'S WORLD**

**W.E.M.O. Administration**

In the United States District Court
Southern District of New York

People of the State of New York, Inc,

    VS.

Christopher Hiram, "Cano", Sui Juris, Private Attorney General, Defendant

State of New York ) Scilicet
County of Bronx )

Affidavit in Support of
Notice of Motion to Remove
State Court Action pursuant
to 28 U.S.C §1443, §1446, §1447
& §1448

I, Christopher Hiram "Cano", being duly sworn, deposes and says:

1. I am a Pre-trial Detainee presently being unlawfully imprisoned at George R. Vierno Center, 09-09 Hazen Street, East Elmhurst, NY 11370.

2. Hereto, Although I am personally familiar with all of the facts and statements herein after, I am a Certified GuardHouse Lawyer, Jurisprudent in matters of the law but seek this Honorable Court's indulgence for errors, defects, and faults pursuant to the Federal Rules of Civil Procedure.

3. Whereupon, I make this Affidavit in Support of a Motion to Remove State Court Action Criminal Docket#CR-006632-2021 now pending against me in the Supreme Court of Bronx County.

4. I am being accused for the crime of Rape in the First degree, which alleged to have been Committed in the Bronx County, on or about the 4th day of May 2021. A Copy of Said Charges is annexed hereto as Exhibit "A". Upon Arraignment, I pleaded "Innocent on all Charges" but the Courts misconstrued it for a "Not Guilty" plea knowing that entering a "not guilty" plea in a Court matter is admitting to the evidence of the unpaid bill. The Trial for this Case has not been Set.

TRAPGODVERSION2019

W.E.M.O. ADMINISTRATION, Bill June, ITAPGODConstitutionalist, et al,
Plaintiff,

vs.

UNITED STATES OF AMERICA/Corporate America,
Defendants,

DKHF: 2011 R.v.T17(CC)
Public Jury Trial Demand

## EL DEMONYC ROOSTA



MARVEL

Project: free The Roosta!

W.E.M.O.'S WORLD



W.E.M.O. Administration

GOD© 2020.
JEFFREY MINEO67@gmail



**WEMO'S WORLD**



**W.E.M.O. Administration**

5. This application to change the venue of trial is made upon the grounds that a fair and impartial trial cannot be had in the County of Bronx, where the indictment is pending, because of the existence of biased and prejudice public opinion, prosecutorial misconduct, Judicial Negligence and Malpractice, Conspiracy, Discrimination, et al.,

6. And upon the grounds that my substantial and Constitutional rights under International, Federal, and State law providing for the equal Civil rights of citizens and Nationals of the United States, or of all persons within the jurisdiction thereof;

WHEREFORE, Your Deponent respectfully demands for an Order removing the indictment pending against the Defendant in the Supreme Court of Bronx County for Grand Jury, Pre-trial Proceedings, and trial in the District Court of the United States, Southern District of New York where the probability against the Defendant does not exist, and for such other and Further relief as this court deems just and lawful. See 28 USC§2202.

Sworn to before me this
24th day of June ,2021

NOTARY PUBLIC

YANA I HADJIHRISTOVA
NOTARY PUBLIC-STATE OF NEW YORK
No. 01HA6385564
Qualified in Queens County
My Commission Expires 01-07-2023

WE THE PEOPLE
Christopher Hiram,, Cand", Sui Juris
Private Attorney General
TrapGoDConstitutionalist
All Rights Reserved ,Droit-Droit
1st Amendment "Under Protest""Without Prejudice"
U.C.C. 1-308
U.C.C. 1-207
G.R.V.C.- Rikers Island
09-09 Hazen Street
East Elmhurst, NY 11370

TRAPGODVERSION2019

2.

W.E.M.O. ADMINISTRATION, a.k.a. The W.E.M.O. Constitutionalist, et al,

Plaintiff,

vs.

UNITED STATES OF AMERICA/Corporate America,

Defendants,

DKT#: 2011 R.v. 777(S3)
Public Jury Trial Demand

## EL DEMONYC ROOSTA

**MARVEL**

Project:

Free The Roosta!

W.E.M.O.'S WORLD

W.E.M.O. Administration

GODO 2020.
JEFFREY MINEO 67 @ gmail



Statement of Facts

W.E.M.O.'S WORLD    W.E.M.O. Administration

## AFFIDAVIT OF TRUTH

On Wednesday, July 28, 2021 in N.I.C. housing unit 3A, while I was in my cell (3cell) minding my own business, I was aggravatedly harassed and maliciously disturbed from my peace by seven officers, which includes (5) Five Correctional officers and (2) two Captains. These officers subject me to sexual harassment, sexual assault, physical assault, retaliation, Discrimination, property damaged, property theft, Fraud and more. Approximately (10) ten minutes after getting off the phone with a lawyer for the Prisoner's Rights project, these seven officers appeared by my cell door to harass me. When these assailants came by my cell door I demanding that I have to be handcuffed so that they can inspect my cell. I already knew they were retaliating on me because of Deputy Tindal sent them. When I asked them what is the reason yall inspecting my cell, they stated that they are inspecting it because I keep making complaints about my cell, which was a lie and a misleading statement for them to violate me in extremity. After they handcuffed me under duress, threat of physical assault, menacing and coercion, they pulled me out of my cell and began to tear down my intellectual property that I had around my cell gate. If cameras are thoroughly inspected it will insulate that I had intellectual property on the cellgate, for me to evaluate it at will, the intellectual property at any given time was never a security issue nor a fire hazard for them to tamper with my intellectual property. This is prima facie evidence that their intention was to harass me and retaliate on me. After I had to stand on front of my cell and watch them tear all of my intellectual property down, I began to verbally warned them that they are violating my property. Captain Fernandez then threatens me stating that "If I don't shut the fuck up and comply with his verbal orders that he'll use force to shut my mouth." Captain Fernandez then directed his team to assault me, for continue to exercise my freedom of speech. While exercising my freedom of speech, a officer began to twist my handcuffs so that he can cause pain and acts of torture towards my body, then two other officers grabbed me and slams my body against the gate and were smashing my face on the gate. C.O. Mitchell, who was also torturing my wrist had sexually assaulted me by putting his knees in my buttocks in a humiliating way. After several screams of mine, they continued to injure my body. One of the two captains turned on his body camera after they had sexually assaulted me and physically assaulted me only leaving me time to make verbal statements on the camera. There are surveillance cameras on top of the unit, where I know it captured the misconduct and abuses of these officers. After the assault, I sustained lacerations to both my wrists, bruise to my facial area, psychological damages and emotional distress. Also, a medical doctor, who is a steady for this facility, I had filed complaints on him before for medical negligence. This said



TRAPGODVERSION2019



**W.E.M.O.'S WORLD**



**W.E.M.O. Administration**

doctor is highly ineffective and is deemed a Conflict of interest. because he Constantly tampers with medical evidence of detainees, I am not only detainee who've Complained about this doctor's misConduct who tends to either alter or prevent injuries from being properly documented. So I had to refused to be Seen by this doctor for misConduct and negligence. After I was sent back to my Cell from intake, I had to walk in a room that was ransacked. All my legal documents, books, Magazines, and other material was thrown all over my Cell. All my property was ransacked, stolen and destroyed. These officers had retaliated on me by Conducting a retaliatory search. After they stated they wasn't authorize to search my Cell, they still unlawfully search my Cell. This is prima facie that this Conduct was unlawful And retaliatory. These officers had stole over 15 law books of Mine including two bags of legal documentation and magazines, they didn't leave no property receipts, no Notice, no nothing as required by rules and regulations of N.O.P. I made over 15 Complaints to the 3rd Constituent agency Board of Correction, P.R.E.A. Dept. of Investigation and other agencies as well. No agency has assisted me in this situation neither have they tried to investigate my Complaints diligently. Wherefore, I pray that this Court Can penalize those persons who Continue to violate me in every way and violate federal laws recklessly.

(To Be Addendum, amended, and Complete)

TRAPGODVERSION/2019

**W.E.M.O.'S**

**WORLD**

**W.E.M.O. Administration**

State of New York,    County of Bronx            ,ss

Before me, the Subscriber, a notary Public for the City of New York, State of New York, Personally appeared Christopher Hiram, Cano", who being duly Sworn, deposes and Says, this Affidavit of Truth presents the Facts that occurred on July 28, 2021.

Sworn and Subscribed this  4th day of  August  ,2021

NOTARY PUBLIC                          8/4/2021

**SHANKAR AYLOO**
Notary Public, State of New York
No. 01AY6033789
Qualified in Richmond County
Commission Expires Nov. 29, 20__

*WE THE PEOPLE,*

*Christopher Hiram,, Cano", Sui Juris*
*Private Attorney General*
*TrapGoDConstitutionalist*
*All Rights Reserved ,Droit-Droit*
*1st Amendment "Under Protest""Without Prejudice"*

U.C.C. 1-308

U.C.C. 1-207

TRAPGODVERSION/2019

...Constitutionalist, et al,
Plaintiff,

vs.

UNITED STATES OF AMERICA/Corporate America,

Defendants,

DRAF: 2011.R.v.T17(ee)
Public Jury Trial Demand

## EL DEMONYC ROOSTA



MARVEL

Project:

Free The Roosta!

JK GOD© 2020.
JEFFREY MINEO 67 @ GMAIL

W.E.M.O'S WORLD

W.E.M.O. Administration

## List of Properties Stolen by Defendants

On August 11, 2021 Deputy Booker provided me with her disposition on the investigation for my stolen property that was unlawfully taken through corrupt use of authority by Defendant Captain Fernandez and the other defendant officers. Deputy Booker stated that she viewed my confiscated property in the D.O.C. Property Storage room and said that there was never any property ever stored under my name by any officer. Deputy Booker advised me that I shall make a external complaint to a agency to report these officers misconduct and abuse of authority. The property that was stolen was never reported neither can it be found. My property that was stolen by these officers were my private investments and also my business investments wherein I owned a creditor's interest in. My property and/or Investments that was stolen contains of:

1. Prose Litigants Manuel for the S.D.N.Y. 2007 Ed. (Blue Cover)
2. Black's Law Dictionary, Deluxe 8th, Bryan A. Garner
3. Black's Law Dictionary, Deluxe 6th, Joseph R. Nolan
4. West Federal Practice digest 3rd edition - Grand Jury & Habeas Corpus #53
5. West's NY Digest 4th Ed. - Torts to Trade regulation #42a
6. U.S. Code Service, Article I-III Constitution, Lawyers Ed.
7. Why we need you to be rich by Donald J. Trump & Robert Kiyosaki
8. Rich Women by Kim Kiyosaki
9. Rich Dad Poor Dad by Robert T. Kiyosaki
10. Midas Touch by Robert T. Kiyosaki & Donald J. Trump
11. Haitian Creole Dictionary, Charmant Theodore
12. American Constitutional Law 13th Ed. Alpheus Thomas Mason
13. N.Y. Standard Civil Practice Service, Deskbook, 2009 Ed.
14. N.Y. Standard Civil Practice Service, Deskbook, 2016 Ed.
15. The International Libel Handbook, Nick Braithwaite
16. McKinney's Consolidated Laws of NY, William C. Donnino, Penal vol. 39
17. McKinney's Consolidated Laws of N.Y., Civil Rights Law, Book 8
18. The Truth Matters, Bruce Bartlett
19. Italian Phrasebook & Dictionary, Berlitz
20. The Satanic Bible by Anton Lavey Szandor

including two garbage bags full of legal, medical, religious, and business documents that was also stolen. Security cameras can prove that these properties were stolen.

W.E.M.O. ADMINISTRATION, Sui Juris, TrapGodConstitutionalist, etal,
Plaintiff,

vs.

UNITED STATES OF AMERICA/Corporate America,
Defendants,

DKT#: 20H.R.v.777(2S)
Public Jury Trial Demand

EL DEMONYC ROOSTA

MARVEL

Project:

free The Roosta!

W.E.M.O.'S WORLD

W.E.M.O. Administration

GOD© 2020.
JEFFREY MINEO 67 @ gmail

Statement of Claim




W.E.M.O.'S WORLD

W.E.M.O. Administration

Judicial Greivance. In re Cano: Christopher Hiram
Indictment# CR-02396-2016 & CR-00200-2021
Supreme Court of the State of New York, Bronx County, Criminal Term

James McCarthy is alleged to be a member of the profession, who is believed to be a Supreme Court Judge of the State of New York for the County of Bronx. On April 24, 2019 of the Gregorian Calendar, a public servant James McCarthy (who has rank of Judge) was assigned to case# CR-02396-2016. Judicial Officer J. McCarthy after being assigned to this case has failed to file his oath of office pursuant to 4 U.S.C. §101 and 4 U.S.C. §102, whereas he has not recorded or certified his oath of office. Mr. McCarthy has been assigned to case# CR-02396-2016 for two (2) years and has not filed his oath of office, neither certified it. Criminal Charges are being brought against Judicial Officer J. McCarthy for failure to perform his duties and other Malicious Conduct. Mr. McCarthy has also caused tortorious interference by his tortorious inducement of breach of Contract. J. McCarthy has acted in reckless disregard towards my Constitutional rights, Contractual rights, and other rights protected by International Law. Mr. McCarthy has failed to carry his duty as recognize by the NY State Constitution, US Constitution and as prescribed in the NYS Statutes. Mr. McCarthy has subject me to mere discrimination and Judicial negligence. On June 13, 2019, while I was force to appear in front of Judge McCarthy, I respectfully advise all Court personnells in that courtroom to refer to me as MS. Cano, she or her. Mr. McCarthy then responded with a discriminatory remark stating "You are not a girl. I will refer to you as "He", subjecting me to gender discrimination and inflicting Mental anguish upon me. I had filed two (2) Judicial Complaints against J. McCarthy, the Judicial Committee nor any investigatory entity has not responded back to my Complaints. Mr. McCarthy throughout all the proceedings he has attended had subject me to mere discrimination whereby he has refused to address me as preferred. neither has he acknowledged my gender. He has not allowed me to speak in the Courtroom, neither has he allowed me to appear without Counsel. Mr. McCarthy has conspired to have me tortured by other state employees so that I can cop to a plea of the Court under duress, duress of imprisonment, Menacing, intimidation, threat of physical assault, fraud and extortion. He had anticipated this by ordering a 730 evaluation by having me transferred to Mid-Hudson Forensic Psychiatric Center so that the doctors of M.H.F.P.C. can subject me to their unlawful tortorious practice. M.H.F.P.C. as part of their unlawful tortorious practice, administers and/or employs doctors and nurses to perform coercive practices upon all patients, whereas the Health care providers fails to properly evaluate all patients and then subjects all

TRAPGODVERSION/2019

1



W.E.M.O.'S WORLD



W.E.M.O. Administration

patients to their unlawful tortorious practice of subjecting them to an assault so hidden under color of law, whereas, these doctors and nurses are forcing obnoxious drugs upon all patients by unnecessary use of force by fabricating medical evidence upon the patient's medical records and making them appear incompetent so that they become vulnerable to their unlawful tortorious practice, and by subjecting patients to excessive medication drinking as a form of punishment patients to escape the torture normally are forced to cop a plea to escape the hospital's state sponsored torture. Mr McCarthy is aware that I am capable of assisting in my own defense and that I am of sound logic and competent mind but he constantly continues to violate my rights every time I attempt to exercise my rights. Mr. McCarthy has been extremely prejudice, bias, discriminatory, and negligent judge causing malicious prosecution and tainting the case with fraud. Mr. McCarthy has ordered various uses of forces whereby I receive physical, mental and emotional injuries, including the cause of my private property (fingerprints) being stolen by state employees. Those uses of forces were unnecessary and cannot be justified by law as they were conducted unlawfully. Mr. McCarthy in condoning this false arrest and false imprisonment has caused major interferences with million dollar contracts. These million dollar contracts are fulfilled with the defendant whereas the determination of keeping the defendant wrongfully imprisoned for so long without a trial has caused these economic damages and breaches of contracts, where all parties of all contracts became injured. I also allege that J. McCarthy insurer is responsible for his his malicious conduct and fraud as he continues to do it and be immuned from any punishment or penalty. J. McCarthy insurer is responsible for his misconduct and all breaches of contracts, wherefore, J. McCarthy insurer shall be held accountable and shall be investigated for the coverup off J. McCarthy's Judicial Malpractice, Judicial negligence, conspiracy, discrimination and fraud. J. McCarthy stool pigeon, safe cracker, defacto judge, tortreasor has caused for my tangible property (fingerprints) to be stolen by state employees twice in case #CR-0200-2021. First time on March 15, 2021 and second time on May 25, 2021 by unnecessary uses of forces. J. McCarthy has violated my Human, civil, political, social and economic rights, he has violated my right to discovery, my right to a speedy trial, my right to be heard in person, my right to confront witnesses, and my right to viewing any evidence being used against me. J. McCarthy has also violated my 1st, 4th, 5th, 6th, 9th, 13th, & 14th Amendment right of the U.S. Constitution, he has also violated other laws and statutes.

Judicial officer James McCarthy has violated the 1st, 2nd, & 4th basic canons of the judicial system. J. McCarthy has violated Rule 1.1, Rule 1.2, Rule 1.3, Rule 2.2, Rule 2.3, Rule 2.4 (B)(C), Rule 2.5 (A), Rule 2.6

W.E.M.O.'S



WORLD



W.E.M.O. Administration

(A)(B), Rule 2.9(A)(1)(a)(b), Rule 2.10(a)(b), Rule 2.11 (A)(1)(2)(a)(b)
(C), Rule 2.15, Rule 3.6, Rule 3.8, Rule 3.10, and Rule 3.11 of the Code of
Judicial Conduct.

WHEREFORE, Judge James McCarthy needs to be penalized
according to the laws he's violated, that he be Suspended Without pay
following determination of the investigation. J. McCarthy has committed
Conspiracy against my rights by Stating forth on the Court's record that the
Conspiracy to Commit Murder Charges and other Charges Weren't dismissed,
When in reality Judge S. Michels dismissed those Charges and she will
become a Witness in the Counter Claim against Mr. McCarthy So that the
Courts can Show that he has Committed perjury, fraud in the Court,
Conspiracy, et al, ongoing Crimes.

WE THE PEOPLE,

*Christopher Hiram,, Cano", Sui Juris*
*Private Attorney General*
*TrapGoDConstitutionalist*
*All Rights Reserved, Droit-Droit*
*1st Amendment "Under Protest" "Without Prejudice"*

U.C.C. 1-308

U.C.C. 1-207

TRAPGODVERSION/2019



W.E.M.O.'S

WORLD

W.E.M.O. Administration

## NOTICE OF TORT LETTER

You are hereby Noticed that Christopher Hiram, Cano", Will take legal action against you and your law firm for the following offenses below. If you and your law firm has an insurer, Action Will be taken against your insurance.

Johnathan Sussman you have violated the following laws:

Judiciary Law §487

N.Y.P.L §135.60 Coercion in the 2nd degree

N.Y.P.L §155.30 Grand Larceny in the 4th degree

N.Y.P.L §165.00 Misapplication of Property

N.Y.P.L §165.15 Theft of Services

N.Y.P.L §165.30 Fraudulent Accosting

N.Y.P.L §170.10 Forgery in the Second Degree

N.Y.P.L §170.15 Forgery in the First Degree

18 U.S.C §641 Embezzlement

18 U.S.C §241 Conspiracy against rights

18 U.S.C §242 Deprivation of rights under Color of Law

TRAPGODVERSION2019

W.E.M.O. ADMINISTRATION; Burjulus, Margo Constitutionalist, etal,
Plaintiff,

vs.

UNITED STATES OF AMERICA/Corporate America,
Defendants,

DKT#: 2011 R.v. 7797(88)
Public Jury Trial Demand

# EL DEMONYC ROOSTA



MARVEL

Project: Free The Roosta!

GOD© 2020.
JEFFREY MINEO 67 @gmail

W.E.M.O'S WORLD
W.E.M.O. Administration


W.E.M.O.'S
WORLD


W.E.M.O. Administration

1. Attorney Greivance In re Cano: Christopher Hiram
Indictment: CR-02396-2016 & CR-0020s-2021 & CR-00132-2021
Supreme Court of the State of New York, Bronx County, Criminal Term

Johnathan Sussman is alleged to be a member of the profession,
Who is believed to be a private Attorney Licensed to practice law in the
State of New York under the 18B plan. Mr. Sussman has falsely advertised
and misrepresented statements to illegally obtain money from the State,
Mr. Sussman, et al., has committed fraud On the Court and fraud in the factum
including Conspiracy against rights under Color of law, aiding and abetting false
Imprisonment, Deprivation of rights, misprision of felony, Intentional infliction
of Emotional Distress and Mr. Sussman is in Violation of New York Penal Laws
(N.Y.P.L. §15.20 Effect of ignorance or mistake upon liability, N.Y.P.L. §20.00
Criminal Liability for Conduct of another, N.Y.P.L. §20.20 Criminal Liability of
Corporations, N.Y.P.L. §20.25 Criminal Liability of an individual for Corporate
Conduct, N.Y.P.L. §135.65 Coercing in the first degree, N.Y.P.L. §105.15 Conspiracy
in the Second degree, N.Y.P.L. §205.56 Corrupt use of position or authority,
and also Committed legal malpractice. The Bronx Supreme Court fraudulently appointed
Johnathan Sussman on Case# CR-02396-2016 Shortly after removing and/or
recusing Jeff Henle out of the Case for the repeated misConduct that
Mr. Sussman is Committing. I, however, never consented nor provided any
Power of attorney to the State, local or federal agencies of the United States
Corporation, neither have I authorize Johnathan Sussman to represent
me in any Case. Mr. Sussman was provided with Oral Notice of Revolation
of Power of Attorney by CHRISTOPHER HIRAM CANO©, the aggrieved party,
Who demanded Mr. Sussman to remove himself from any transactions being
handled or to be done by CHRISTOPHER HIRAM CANO©. Mr. Sussman has received
Compensation and is Still receiving Compensation for transactions being done on
behalf of Ms. Cano, against Ms. Cano's will, and without Ms. Cano Consent.
Since the Bronx Court fraudulently appointed Mr. Sussman to Case# CR-02396-
2016, Mr. Sussman has not filed any documents, Motions, or Petitions assisting
Ms. Cano with her defence, neither has Mr. Sussman presented any defenses
for Ms. Cano but merely delayed Ms. Cano's Case to a later dates Without
informing Ms. Cano the reason for Such delays. Pardon Ms. Cano undue influence
by reason of Mr. Sussman enticement and embezzling Conduct Ms. Cano received
Such loss of bargain, loss of earning, Pecuniary injury, Pecuniary loss, Consequential
damages, Compensatory damages, future damages, General damages, Special damages,
Substantial damages, actual damages, Civil injuries, injury in fact, including violation
of Constitutional rights. Mr. Sussman also does not Carry any type of professionalism
when dealing with his Clients, he has a tendency of becoming verbally aggressive
and employing Coercion, intimidation, and undue influence When he wants to get his
point across doing things that is not in Ms. Cano best interest. Mr. Sussman

TRAPGODVERSION2019

had also failed to provide MS. Cano with material evidence or discoverable documentation pertaining to MS. Cano Criminal Case. When MS. Cano demanded him to in lieu, disregarded MS. Cano's "right to discovery" and subject MS. Cano to unacknowledged delay. Mr. Sussman has also fraudulently appointed himself in a needly Scandalous Case fabricated by the City of New York whereby Mr. Sussman received various oral notices by MS. Cano to remove himself from the Case, as he never received any consent by MS. Cano whatsoever. Johnathan Sussman, upon information and belief, is authorized to practice law throughout NY State, wherein he is obligated to follow the NYS Unified Court System Rules of Professional Conduct Part 1200, American Bar Associations Code of Professional Responsibility and the Codes of Ethical Consideration.

Mr. Sussman has Violated Rule 1.1 (a)(a)(1)(2), Rule 1.2 (a)(b)(d), Rule 1.3 (a)(b)(c), Rule 1.4 (a)(1)(i)(ii)(iii)(iv), Rule 1.5 (a)(4)(5)(b)(7)(b), Rule (3)(5)(iii)(e), Rule 1.8 (a)(1)(2)(3), Rule 1.15 (a)(i), Rule 1.16 (a)(1)(2)(b)(1)(c) (1)(2)(4)(d)(e), Rule 3.2, Rule 3.3 (b)(f)(1)(2)(3), Rule 4.1, Rule 5.1 (a)(b)(1) (2), Rule 7.1 (a)(1)(2)(J), Rule 7.3 (a)(2)(iii)(iv)(v), Rule 8.4 (a)(b)(c)(d)(e)(2) of the Rules of Professional Conduct. Mr. Sussman has also been in Vidation of Rule 1.7 of the Code of Professional Responsibility for the Conflict of Interest involve, wherein he has taken the role of representing me, but have been representing other interests such as his own personal gain. I warned Mr. Sussman to withdraw from misrepresenting me and to cease handling my legal transactions in Court and to return the payments the State of NY made to him in full as he did not perform any of the promised work. Mr. Sussman will be informed and Noticed that he, has violated the rules stated above and he has violated Judiciary Law §487 and my Constitutional rights, Civil rights, et al.

WE THE PEOPLE,

*Christopher Hiram,, Cano°, Sui Juris*
*Private Attorney General*
*TrapGoDConstitutionalist*
*All Rights Reserved, Droit-Droit*
*1st Amendment "Under Protest" "Without Prejudice"*

U.C.C. 1-308
U.C.C. 1-207

TRAPGODVERSION2019



**WORLD**          **W.E.M.O. Administration**

## Notice Of Revocation Of Power of Attorney

I, **Christopher Hiram, Cano**," being unlawfully imprisoned at George R. Vernon Center, 9-09 Hazen Street, East Elmhurst, New York 11370 hereby revoke Power of Attorney dated 25th day of **NOV**ember, 2020, from the Law office of Johnathan Sussman, which was Obtain illegal and unlawfully through fraud, duress, inducement, menace and threat of unlawful imprisonment, hereby make, constitute and appoints **Christopher Hiram, Cano**", the Flesh and blood woman, a living soul, the highest embodiment of Human life, power of attorney over the law office of Johnathan Sussman, any governmental agency, Quasi-Public Corporation, Foreign Corporation, or any other agent who misrepresented **Christopher Hiram, Cano**", the Flesh and blood woman"

Christopher Hiram, Cano" herein, the Flesh and blood woman, a living soul, the TrapGoD Constitutionalist as my true and lawfully Attorney in fact for me and in my Corporate Capacity (L.L.C.), place and Stead and for my Personal and Commercial use and benefit.

1. To request, retrieve, file, submit, or otherwise, any Papers in my behalf for any matter whether commercial, quasi-judicial administrative, or otherwise and to sign my legal corporate name as my act and deed, to execute and deliver same for any redress or remedy, claim, suit or otherwise.

2. To exercise any and/or all of the following rights (Human, Civil, Political, Social, Economic, Cultural statutory and Constitutional) and powers as to all kinds of Personal Property, Private Property and any other Property.

I assure you that the demands in this notice is protected by the 1st amendment of the U.S. Constitution, Contractual laws, and by Private International laws. I also reserve my right to appear Personally without counsel or an attorney. See 28 U.S.C. §1654, Article I, Section 6 of the NYS Constitution, and according to New York State Law.

If any attorney from New York State decides to represent Christopher Hiram, Cano" in any type of manner without Christopher Hiram, Cano", consent will be committing a fraud and other crimes and will be Prosecuted to the extent of the law that attorney had knowingly violated.

TRAPGODVERSION2019

W.E.M.O. ADMINISTRATION, Jeff Davis, Harold Constitutionalist, et al,

Plaintiff,

vs.

UNITED STATES OF AMERICA/Corporate America,

Defendants,

DKT#: 2011 c.v. 7777(GS)
Public Jury Trial Demand

## EL DEMONIC ROOSTA



MARVEL

Project:

Free The Roosta!

W.E.M.O.'S WORLD

W.E.M.O. Administration

GOD© 2020.
JEFFREY MINEO 67 @ gmail

**WORLD**

**W.E.M.O. Administration**

Notice of Revocation of Power of Attorney

I revoke and withdraw all privileges and authority under this provision.

County of Bronx  } scilicet
New York State

Subscribed to and sworn before me this 25th day of May, 2021 of the Gregorian Calendar.

Commissioner of Deeds
My Commission Expires  01-07-2023

YANA I HADJIHRISTOVA -
NOTARY PUBLIC-STATE OF NEW YORK
No. 01HA6385564
Qualified in Queens County
My Commission Expires 01-07-2023

WE THE PEOPLE
Christopher Hiram,, Canb", Sui Juris
Private Attorney General
TrapGoDConstitutionalist
All Rights Reserved ,Droit-Droit
1st  Amendment "Under Protest""Without Prejudice"

U.C.C. 1-308
U.C.C. 1-207



TRAPGODVERSION/2019

W.E.M.O.'S
WORLD

W.E.M.O. Administration

# POWER OF ATTORNEY
## Limited

Know All Men by these Presents: That I, CHRISTOPHER HIRAM CANO, the Debtor, Corporate entity, and 'ens legis', the undersigned hereby make, Constitute and appoints Christopher Hiram, Cano™ herein, the flesh and blood woman, a living soul, the Secured party/Creditor as my true and lawfully Attorney in Fact for me and in my Corporate Capacity (LLC) place and stead and for my personal and Commercial use and benefit.

1. To ask, demand, request, file, sue, recover, register, Collect and receive each and every sum of money, Credit, account Legacy, bequest, interest, dividend, annuity and demand (which now is or hereafter shall become due, owing or payable or dischargeable) belonging to or accepted or claimed by me, or presented to the DEBTOR, CHRISTOPHER HIRAM CANO, (a Corporate entity) and to use and take any lawful and/or Commercial means necessary for the recovery thereof by legal or Commercial process or otherwise, and to execute and deliver or receive a satisfaction or release therefore, together with the right and power to settle, Compromise, Compound and or discharge any Claim or initiate any administrative Claim for damages or make any necessary demands;

2. To exercise any or all of the following powers as to all Kinds of personal property, private property and any property, goods, wares and merchandise, chooses inaction and other property in possession or where a security interest is established and to or in other actions;

3. To secure by private registration the interest, or the security interest in any or all property where necessary, to accept for value and to discharge any and all debts for fine, fee, or tax where necessary, to cause the Commercial adjustment of any such account held, open against the DEBTOR-CHRISTOPHER HIRAM CANO; to use where necessary any sight Drafts/money orders, Bills of Exchange to finalize any of the above in my behalf;

4. To open any checking accounts whereupon being 'Closed', to discharge any fees, fines, taxes and debts via adjustment and set-off.

TRAPGODVERSION2019

W.E.M.O. ADMINISTRATION, Burl Jules, flagged constitutionalist, etal,

Plaintiff,

vs.

UNITED STATES OF AMERICA / Corporate America,

Defendants,

DKT#: 2011 R.v.1717(RS)

Public Jury Trial Demand

EL DEMONYC ROOSTA



MARVEL

Project:

Free The Roosta!

K GOD© 2020.

JEFFREY MINEO 67 @ gmail



W.E.M.O.'S WORLD



W.E.M.O. Administration

**W.E.M.O.'S**
**WORLD**

**W.E.M.O. Administration**

5. To Create, amend, Supplement, and or terminate any trust or the RES Created by the Government (District of Columbia) and ratified or exercised in any manner by any other State;

6. To request, retrieve, file, Submit, or otherwise, any papers in my behalf for any matter whether Commercial, quasi-Judicial, administrative or otherwise and to Sign my legal Corporate name as my act and deed, to execute and deliver Same for any redress or remedy, Claim, Suit or otherwise.

GIVING AND GRANTING, unto me Said Attorney in Fact full power and authority to do and perform all and every act and thing whatsoever requisite, necessary or appropriate to be done in and about all matters as fully to all intents and purposes as I might or Could do if I was personally present, and hereby ratifying all that my Attorney in Fact Shall lawfully do or Cause to be done by virtue of these presents. The powers and authority hereby Conferred upon my Said Attorney in Fact Shall be applicable to all real and private Property, personal property, or interest therein now owned or hereinafter acquired by me as the 'ENS LEGIS/LLC and wherever Situate, and as evidenced by a filed Security interest.

My Said Attorney in Fact: Christopher Hiram, Cano'' is empowered hereby to determine in her Sole discretion the time, purpose for and manner in which any power herein Conferred upon her Shall be exercised, and the Conditions, provisions and Covenants of any instrument(s) or document(s) which may be executed by her pursuant hereto; and in the acquisition or distribution of real, personal or private property, my Said Attorney in Fact Shall have exclusive power to fix the terms or amounts thereof for Cash, funds, Credit and/or affecting all property, including rights, titles, interest to Same and if on/for Credit- with or without Security.

TRAPGODVERSION2019

W.E.M.O. ADMINISTRATION, Sui Juris, TrapGodConstitutionalist, etal,
Plaintiff,

vs.

UNITED STATES of AMERICA/Corporate America,
Defendants,

DKT#: 20 H.R.u.777(b.b.)
Public Jury Trial Demand

## EL DEMONIC ROOSTA



MARVEL

Project:

free The Roosta!

GOD© 2020.
JEFFREY MINEO 67 @ gmail

W.E.M.O.'S
WORLD



W.E.M.O. Administration

W.E.M.O.'S

**WORLD**

W.E.M.O. Administration

## POWER OF ATTORNEY ACKnowledgement

When the Context So requires, the masculine gender includes the feminine and/or neuter, and the Singular numbers includes the plural.

WITNESS My hand this 23rd day of May, 2021. G.C.

CHRISTOPHER HIRAM CANO

SUBSCRIBED TO AND SWORN before me
this 3rd day of June ,2021

NOTARY PUBLIC

My Commission Exp July 01, 2022

Derrick Fulton
Commissioner of Deeds, City of New York
No. 3-7333
County of New York
Commission Expires on May 1, 20

July 01, 2022

Secured Party

**WE THE PEOPLE,**

*Christopher Hiram,, Cano", Sui Juris*
*Private Attorney General*
*TrapGoDConstitutionalist*
*All Rights Reserved ,Droit-Droit*
*1st  Amendment "Under Protest""Without Prejudice"*
U.C.C. 1-308
U.C.C. 1-207



SCI#895200o188-1dCF

TRAPGODVERSION/2019

3.



W.E.M.O.'S
WORLD

W.E.M.O. Administration

In The District Court of the United States
Southern District of New York

People of the State of New York Inc.,

vs.

Christopher Hiram, Cano", Sui Juris, private Attorney General,   Defendant

Notice of Motion to Remove State
Court Action Pursuant to 28 USC §1441,
§1446, 1447, 1448

PLEASE TAKE NOTICE,

that upon the annexed affidavit of Christopher Hiram, Cano", Sworn to this 22 day of June 2021, and the charges filed against the above named Defendant in the Supreme Court of Bronx County, on the 17 day of March 2021, and upon all the proceedings heretofore had herein, the Undersigned will move this Court at a Term thereof to be held at the Courthouse located at 500 Pearl Street, New York, New York 10007-1312, on the 26 day of July 2021, at 9:30 o'clock in the forenoon of said day or as soon thereafter as Defendant can be heard, for an Order removing the State Court Action Criminal Docket# CR-00200-2021 from the Supreme Court of Bronx County to the District Court of the United States, Southern District of New York, on the grounds that I, the Defendant am being denied and cannot enforce in the County of Bronx, My substantial rights under International, Federal and State law providing for the equal civil rights of citizens & Nationals of the United States, or of all persons within the Jurisdiction thereof; and on the ground that a fair and impartial trial cannot be had in the County of Bronx, pursuant to the provisions of Section§1443, §1446, §1447, §1448 of the United States Code Service, Title 28, and for such other and further relief as the Court may seem just and proper. See 28 USC§2202

To:
Darcel D. Clark, Bronx County District Attorney
U.S. Attorney for Southern District of New York
N.Y. State Chief Judge, Janet Difiore
Bronx County Supreme Court Chief Judge,
Julio Rodriguez III

TRAPGODVERSION2019

WE THE PEOPLE
Christopher Hiram,, Cano", Sui Juris
Private Attorney General
TrapGoDConstitutionalist
All Rights Reserved ,Droit-Droit
1st Amendment "Under Protest""Without Prejudice"

U.C.C. 1-308
U.C.C. 1-207



W.E.M.O.'S
WORLD

W.E.M.O. Administration

In The United States District Court
Southern District of New York

People of The State of New York Inc,

vs.

Christopher Hiram, Cano", Sui Juris, Private Attorney General, Defendant

State of New York } ss:licet
County of Bronx }

Affidavit in Support of Notice of Motion to Remove State Court Action Pursuant to 28 USC §1443 §1446, §1447, §1448

I, Christopher Hiram, Cano", being duly sworn, deposes and says:

1. I am a Pre-trial detainee presently being unlawfully imprisoned at George R. Vierno Center, 09-09 Hazen Street, East Elmhurst, New York 11370.

2. Hereto, although I am personally familiar with all of the facts and statements hereinafter, I am a Certified Guardhouse Lawyer, Jurisprudent in matters of the law **but** seek this Honorable Court's indulgence for errors, defects and faults pursuant to the Federal Rules of Civil Procedure.

3. Whereupon, I make this Affidavit in Support of a Motion to Remove State Court Action Criminal Docket#CR-00200-2021 now pending against me in the Supreme Court of Bronx County.

4. I am being accused for the crime of Rape" in the First Degree, Forcible Compulsion, Which alleged to have been Committed in the Bronx County, on or about the 19 day of October 2021. A Copy of Said charges is annexed hereto as Exhibit "A". Upon arraignment, I Pleaded "Innocent on all charges" but the Courts misconstrued it for a Not Guilty Plea Knowing that entering a "not guilty" plea in a Court matter is admitting to the existence of the unpaid bill. The Trial for this Case has not been set.

TRAPGODVERSION2019

W.E.M.O. ADMINISTRATION; Bu Jue, HapGod ConStitutionalist, etal,

Plaintiff,

vs.

UNITED STATES OF AMERICA/Corporate America,

Defendants,

DKT#: 20U.S.v.777(SS)
Public Jury Trial Demand

## EL DEMONYC ROOSTA



MARVEL

Project:

Free The Roosta!

W.E.M.O.'S WORLD

W.E.M.O. Administration

GOD© 2020.
JEFFREY MINEO 67 @ gmail

W.E.M.O.'S
WORLD

W.E.M.O. Administration

5. This application to change the venue of trial is made upon the grounds that a fair and impartial trial cannot be had in the County of Bronx, where the indictment is pending, because of the existence of biased and prejudice public opinion, prosecutorial misconduct, judicial negligence and malpractice, conspiracy, discrimination, et al.,

6. And upon the grounds that my substantial and constitutional rights under International, Federal, and State law providing for the equal civil rights of citizens and nationals of the United States, or of all persons within the jurisdiction thereof,

WHEREFORE, Your Deponent respectfully demands for an Order removing the indictment pending against the Defendant in the Supreme Court of Bronx County for Grand Jury, Pre-trial proceedings, and trial in the District Court of the United States, Southern District of New York where the probability against the Defendant does not exist, and for such other and further relief as this court deems just and lawful. See 28 USC §2202.

Sworn to before me this
24th day of June , 2021

NOTARY PUBLIC

YANA I HADJIHRISTOVA
NOTARY PUBLIC-STATE OF NEW YORK
No. 01HA6385564
Qualified in Queens County
My Commission Expires 01-07-2023

WE THE PEOPLE,

Christopher Hiram,, Cano", Sui Juris
Private Attorney General
TrapGoDConstitutionalist
All Rights Reserved ,Droit-Droit
1st Amendment "Under Protest""Without Prejudice"
U.C.C. 1-308
U.C.C. 1-207
G.R.V.C. - Rikers Island
09-09 Hazen Street
East Elmhurst, NY 11370

TRAPGODVERSION2019



This form is unofficial and provided primarily for pro se litigants. It should be completed in accordance with the substantive pleading requirements of Court of Claims Act section 11(b).

𝔖𝔱𝔞𝔱𝔢 𝔬𝔣 𝔑𝔢𝔴 𝔜𝔬𝔯𝔨
𝔚𝔬𝔲𝔯𝔱 𝔬𝔣 𝔚𝔩𝔞𝔦𝔪𝔰

Christopher Hiram, Cano" Sui Juris
Private Attorney General, etal.,
_____

                                          Claimant(s)

                        v.
Christine Hanna, etal.,                            𝔚𝔩𝔞𝔦𝔪
_____

                                          Defendant(s)

_____

1. The post office address of the claimant (you) is New York City Dept. of Correction, N.I.C.,

2. This claim arises from the acts or omissions of the defendant. Details of said acts or omissions are as follows (be specific): Plaintiff was sexually assaulted by an inmate, who then took retaliatory action to prevent Plaintiff from further reporting acts of Sexual misconduct. Employees of the City of New York including State of New York conspired against the plaintiff's rights by subjecting Plaintiff to retaliatory claims made by inmate Hanna and inmate lopez, subjecting Plaintiff to multiple assaults by inmates and officers, discriminating Plaintiff by reason of her being a transgender woman, a LGBTQ member, refusing to place Plaintiff in a safe, adequate unit for Trans women, bringing defamatory attacks upon Plaintiff good name, and causing for the City employees to destroy the plaintiff's personal tangible property including preventing Plaintiff from asserting her defense against the retaliatory claims brought by the defendants. Plaintiff was also subject to a brutal assault whereas Plaintiff sustained irreparable injuries including a laceration to her mouth wherein she received over 15 stitches. Plaintiff was also subject to multiple false arrests and wrongful imprisonments, Medical negligence, legal negligence, malicious prosecution, acts of conspiracies, Fraud, and other ongoing crimes that Plaintiff became a victim of.
"Please see attached "Exhibits" for a complete version of this cause of action.

3. The place where the act(s) took place is (be specific): New York City Department of Correction, from R.M.S.C., A.M.K.C., G.R.V.C., to N I C

4. This claim accrued on the 18 day of October, 2021 at 4:00 o'clock. PM approx.

5. Identify the items of damage or injuries claimed to have been sustained:

See "Statements of Claim" for further details

6. **(Check appropriate box):**

☐ This Claim is served and filed within **90 days of accrual**.

OR

☑ A **Notice of Intention to File a Claim** was served on December 2020 , which was within 90 days of accrual.

OR

☐ This is a claim by a correctional facility inmate to recover damages for injury to or loss of personal property and it is served and filed within **120 days of the exhaustion of claimant's administrative remedies.**

By reason of the foregoing, Claimant was damaged in the amount of $ 30 Million , and Claimant demands judgment against the Defendant(s) for said amount.

_____ VCC1-308
Claimant

## VERIFICATION

STATE OF NEW YORK    ) ss:
COUNTY OF Bronx    )

Christopher Hiram Cano , being duly sworn, deposes and says that deponent is the Claimant in the within action; that deponent has read the foregoing Claim and knows the contents thereof; that the same is true to deponent's own knowledge, except as to matters therein stated to be alleged upon information and belief, and that as to those matters, deponent believes it to be true.

Sworn to before me this 4th day
of August , 202✗

Notary Public, State of New York
SHIRHAR AYLOO
Notary Public, State of New York
No. 01AY6032789
Qualified in Richmond County
Commission Expires Nov. 29, 20___

## SERVICE AND FILING INSTRUCTIONS

You must serve a copy of the claim in accordance with Court of Claims Act section 11(a) and you must file the original and two copies, with proof of service, and the filing fee of $50.00 or an application for waiver or reduction of the filing fee, with the Clerk of the Court of Claims.

**FAILURE TO EFFECT PROPER AND TIMELY SERVICE AND FILING MAY RESULT IN DISMISSAL OF YOUR CLAIM**

**New York State Court of Claims
Justice Building, P.O. Box 7344
Albany, New York 12224
(518) 432-3411**



W.E.M.O.'S WORLD

W.E.M.O. Administration

hristopher Hiram, Cano"
CI#8952000188-tcf
6 09-09 Hazen Street
East Elmhurst, NY 11370/tcf

Supreme Court of the State of New York
County of Bronx-Criminal Actions

State Of New York
County of Bronx

PEOPLE OF THE STATE OF NEW YORK, Plaintiff

  - Against

CHRISTOPHER HIRAM CANO,          Defendant,

hristopher Hiram, "Cano"

  Claimant and Third Party Intervenor

MANDATORY JUDICIAL NOTICE OF
RIGHT AND DEMAND FOR CERTIFICATION
OF RIGHT OF SUBROGATION

IN CAMERA-UNDER SEAL

CR-02396-2016 Bx

CR-00200-2021Bx

Judicial Notice is hereby given of Claimant's Right of Subrogation and Demand is made for Certification of said Right of Subrogation by the alleged Prosecutor.

Claimant hereby demands that the alleged Prosecutor certify my right of Subrogation with e as the Subrogee/Claimant and that Prosecutor then immediately settle this matter by exercising my ght to act as the Creditor and use the bond/securities created in the alleged defendant's name by leged Prosecutor, or deposited by alleged Prosecutor in his name to set off any alleged Charges and/or scharge any alleged debt, honorably and in good conscience; The Court acting as the Trustee and Fiduciary has y consent and approval to facilitate this matter in all respects.

Please confirm Certification of my right to Subrogation in writing at the above ddress. If Prosecutor agrees to my right of Subrogation, then consider this my authority and permission set off this matter and dismiss this case with prejudice, and release the Surety on the basis et forth above, or for failure of the alleged Prosecutor to State a claim upon which relief an be granted.

TRAPGODVERSION2019

L.

W.E.M.O. ADMINISTRATION, Sui Juris, TrapGodConStitutionalist, etal,
Plaintiff,

vs.

UNITED STATES OF AMERICA/Corporate America,         Defendants,

DKT#: 2OH.R.V.777(SS)
Public Jury Trial Demand

## EL DEMONYC ROOSTA

MARVEL

Project:

Free The Roosta!

W.E.M.O.'S
WORLD

W.E.M.O. Administration

GOD© 2020.
JEFFREY MINEO 67@ gmail

**WORLD**

**W.E.M.O. Administration**

If Prosecutor refuses, then this document serves as notice that I do not Consent to these Proceedings, your offer is not accepted, I do not Consent to be the Surety for this Case or these Proceedings, I have a right of Subrogation that is being denied and I demand that the bond in my name be immediately brought forward so that I Can see who will indemnify me if I am damaged.

This is Judicial Notice that I have demanded my rights to Subrogation, and that my only interest is in Settling this Matter through those rights.

TRAPGODVERSION/2019

*WE THE PEOPLE*

*Christopher Hiram,, Cano", Sui Juris*
*Private Attorney General*
*TrapGoDConstitutionalist*
*All Rights Reserved ,Droit-Droit*
1st Amendment "Under Protest""Without Prejudice"

U.C.C. 1-308

U.C.C. 1-207



2.

W.E.M.O. ADMINISTRATION, Sui Juris, TrapGodConstitutionalist, et al,

Plaintiff,

vs.

UNITED STATES OF AMERICA/Corporate America,

Defendants,

DKT#: 20H.R.V.7.17(CB)
Public Jury Trial Demand

## EL DEMONYC ROOSTA



MARVEL

Project:

Free The Roosta!



W.E.M.O.'S
WORLD

W.E.M.O. Administration

GOD© 2020.
JEFFREY MINEO 67 @ gmail

hristopher Hiram, "Cano"
.C.I # 8952000188-tdcf
/o 09-09 Hazen Street
1.R.N.C.
.ast Elmhurst, New York [11370] tdcf
fon-Domestic


W.E.M.O.'S
WORLD


W.E.M.O. Administration

Supervising Judge:
Julio Rodriguez III
Supreme Court Bronx County Hall of Justice
Criminal Division
.65 East 161st Street
Bronx, New York 10451

Assigned Judges:
J. McCarthy
M. Gross
G. Villegas
Supreme Court Bronx County
Criminal Division
265 East 161st Street
Bronx, New York 10451

District Attorney:
Darcel Denise Clark
Bronx District Attorney office
198 East 161st Street
Bronx, New York 10451

Assistant District Attorney:
Ilya Kharkover
Bronx District Attorney office
198 East 161st Street
Bronx, New York 10451

Re: Registration Statement Pursuant to the Foreign Agents Registration Act of 1938, as amended
1st Docket No. CR-02396-2016
2d Docket No. CR-00200-2021

## CONSTRUCTIVE NOTICE AND DEMAND FOR PRODUCTION

Whereas, You Supervising Judge Julio Rodriguez III , Assigned Judges J. McCarthy, M. Gross, G. Villegas, District Attorney Darcel Denise Clark, Assistant District Attorney Ilya Kharkov ave been identified as a person required to register under the Foreign Agents Registration Act of 38, as amended,

Whereas, a Registration Statement must be filed in accordance with 28 U.S.C. §1746 and a opy of the Registration Statement should be retained by the registrant,

Whereas, the filing of this document is required by the Foreign Agents Registration Act of 1938, s amended, 22 U.S.C. §611 et seq., for the purposes of registration under the Act and Public disclosure

Whereas, You are therefore required to file a Registration Statement Form OMB No. 1124-0001 ith the U.S. Department of Justice as required by Section 2(a),

TRAPGODVERSION2019

W.E.M.O. ADMINISTRATION, Sui Juris, TrapGodConStitutionalist, et al,

Plaintiff,

vs.

UNITED STATES OF AMERICA / Corporate America,

Defendants,

DKT#: 20H.R.v.7777(CB)
Public Jury Trial Demand

EL DEMONYC ROOSTA



Project:

Free The Roosta!

W.E.M.O.'S WORLD

W.E.M.O. Administration

GOD© 2020.
JEFFREY MINEO 67 @ gmail



**WORLD**

**W.E.M.O. Administration**

Whereas, provision of the information requested is MANDATORY, and failure to provide the information is subject to the penalty and enforcement provisions established in Section 8 of the Act.

Therefore, pursuant to the above and the Freedom of Information Act, I hereby demand the production of your Registration Statement Form OMB No. 1124-0001, pursuant to the Foreign Agents Registration Act of 1938, as amended, or cease and desist your prosecution and immediately dismiss this case with prejudice and eliminate the record.

PLEASE TAKE NOTICE, You have three (3) days to produce and provide me with your Registration Statement Form OMB No. 1124-0001, pursuant to the Foreign Agents Registration Act of 1938, as amended, or you agree that your non-response is your explicit admission that you have not filed this Registration Statement Form OMB No. 1124-0001 as required and agree to cease and desist from any and all prosecution and dismiss this case with prejudice and eliminate the record.

PLEASE TAKE FURTHER NOTICE: IF you do not respond by producing your Registration Statement Form OMB No. 1124-0001 as required within three (3) days, a Motion to Produce will be filed immediately.

Please be guided accordingly,

Clerk of Court:
Supreme Court - Criminal Division
265 East 161st Street
Bronx, New York 10451

New York State Attorney General:
Letitia James
Office of the Attorney General
120 Broadway, 24th Floor
New York, New York 10271-0332

U.S. Attorney General
Merrick B. Garland
U.S. Dept. of Justice
950 Pennsylvania Ave, N.W.
Washington, D.C. 20530-0001

*WE THE PEOPLE,*

*Christopher Hiram, Cano", Sui Juris*
*Private Attorney General*
*TrapGoDConstitutionalist*
*All Rights Reserved ,Droit-Droit*
*1st Amendment "Under Protest""Without Prejudice"*

U.C.C. 1-308
U.C.C. 1-207

TRAPGODVERSION2019

W.E.M.O. ADMINISTRATION, Sui Juris, TrafGodConStitutionalist, et al,

Plaintiff,

vs.

UNITED STATES OF AMERICA/Corporate America,

Defendants,

DKT#: 20 H.R.v.777(LS)
Public Jury Trial Demand

EL DEMONYC ROOSTA



MARVEL

Project:

Free The Roosta!

GOD@ 2020.
JEFFREY MINEO 67 @ gmail

W.E.M.O.'S WORLD

W.E.M.O. Administration

W.E.M.O'S
WORLD

W.E.M.O. Administration

COMMON LAW/FREEDOM OF INFORMATION ACT REQUEST
PRIVACY ACT REQUEST/ANTI-BRIBERY STATEMENT REQUEST

From: Christopher Hiram "Cano" Proper name, Pursuant to Title 18 U.S. Code §1342
April 27, 2021, Gregorian Calender
Natural Person, Private Attorney General, Sui Juris
All Rights Reserved: U.C.C. 1-308; U.C.C. 1-103
c/o 09-09 Hazen Street, East Elmhurst
New York Republic, 11370/tdcf
United States Republic, Continental North America
Without the United States Corporation

To: U.S. Department of Justice Attorney: Merrick B. Garland
Via U.S. Postal Certified Mail# 7020 1810 0001 2041 8616
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001


CPY BY U.S. Mail to:

STATE OF NEW YORK
Attorney General: Letitia James
Office of the NYS Attorney General
Department of Law and Public Safety

Office of the Governor
Governor: Andrew M. Cuomo
Department of State
99 Washington Avenue, Albany, New York 12231-0001

Clerk of the Bronx Court:
Judicial officer and/or Judge: J. McCarthy
Set#: CR-02396-2016

Clerk of the Bronx Court:
Judicial officer and/or Judges: M. Gross
Judicial officer and/or Judges: G. Villegas
Case#: CR-00200-2024BX

Prosecutor/Plaintiff:
Bronx District Attorney office
Marcel Denise Clark
Ilya Kharkover, A.D.A.

NOTICE: THIS DOCUMENT IS NOT INTENDED TO THREATEN, HARASS, HINDER, OR OBSTRUCT
ANY LAWFUL OPERATIONS. IT IS FOR THE PURPOSES OF OBTAINING LAWFUL REMEDY
AS IS PROVIDED BY LAW.

TRAPGODVERSION2019

W.E.M.O. ADMINISTRATION, Sui Juris, TrapG@DConstitutionalist, et al,

Plaintiff,

vs.

UNITED STATES OF AMERICA / Corporate America,

Defendants,

DKT#: 20 H.R. v. 7776(GS)
Public Jury Trial Demand

## EL DEMONIC ROOSTA



MARVEL

Project:

free The Roosta!



W.E.M.O.'S
WORLD



W.E.M.O. Administration



GOD@ 2020.

JEFFREY MINEO 67 @ gmail

**W.E.M.O.S**

**WORLD**

**W.E.M.O. Administration**

To: Attorney General: Letitia James, In regards to the Privacy Act Statement in Your Records being requested under Common Law/F.O.I.A.

## COMMON LAW/FREEDOM OF INFORMATION ACT REQUEST
## PRIVACY ACT REQUEST/ANTI-BRIBERY STATEMENT REQUEST

Dear: Disclosure officer:

This is a request under the <u>Privacy Act Statement</u> under Common LAW/FREEDOM OF INFORMATION ACT REQUEST at 5 U.S.C. §552, Privacy Act at 5 U.S.C. §552(a). These Documents are not sought for any Commercial Purposes. It is my Common Understanding Pursuant to 22 U.S.C. §612 - Registration Statement He/She is required under the above Following Code that they have filed with the Attorney General, in Duplicate, a registration statement, under oath on a Form Prescribed by the Attorney General.

## For the Record

Understanding exemptions are discretionary, rather than mandatory, if for some reason you determined any Portion of this request to be exempt from release Please furnish the following (a) those portions reasonable segregable after the exempt material is deleted, (b) detailed Justification for Your discretionary exemption since the overriding objective of the Common law and F.O.I.A. is to Maximize Public access to agency records, and (c) provide the name of the official and correct address to whom an administration appeals should be addressed.

I am requesting copies of records in lieu of Personal inspection of the requested records. I am attesting under the Penalty of Perjury under the laws of the United States of America 28 U.S.C. §1746(1), that I am a Category 5 CFR 294.103(d) requester.

TRAPGODVERSION2019

W.E.M.O.ADMINISTRATION, Sui Juris, TrapGodConStitutionalist, etal,
Plaintiff,

vs.

UNITED STATES OF AMERICA / Corporate America,  Defendants,

DKT#: 20H.R.V.TT7(LS)
Public Jury Trial Demand

EL DEMONYC ROOSTA



MARVEL

Project:

Free The Roosta!



W.E.M.O.'S
WORLD



W.E.M.O. Administration



GOD© 2020.
JEFFREY MINEO 67 @ gmail



**W.E.M.O.'s**

WORLD

W.E.M.O. Administration

COMMON LAW/FREEDOM OF INFORMATION ACT REQUEST
PRIVACY ACT REQUEST/ANTI-BRIBERY STATEMENT REQUEST

The following information is being provided:
Privacy Act Statement. The filing of this document is required for the Foreign Agents
Registration Act of 1938, as amended, 22 U.S.C. 8611 et seq., for the purposes of registration under
the Act and Public disclosure. Provision of the information requested is mandatory, and failure to
provide the information is subject to the penalty and enforcement provisions established in Section
of the Act.

Please furnish me a copy of the following below person(s) Registration Statement, pursuant to the
Foreign Agents Registration Act of 1938, included but not limited to the registration statement and
the Anti-Bribery statement of the Magistrate(s) or Judge(s) shall include the following material for
the purposes of Subchapters(a) 1-11:

Prosecutor: Ilya Kharkover, A.D.A.          District Attorney of Bronx County: Darcel Denise Clark
Bronx County District Attorney Office       198 East 161st Street
198 East 161st Street                        Bronx, New York 10451
Bronx, New York 10451

Supervising Judge of the Supreme Court Bronx County Hall of Justice:
Supreme Court-Criminal Division
265 East 161st Street
Bronx, New York 10451

Requesting a copy of Attorney General's Registration Statement: Letitia James
New York State Attorney General
Office of the Attorney General
20 Broadway, 24th Floor
New York, NY 10271-0332

TRAPGODVERSION2019

W.E.M.O. ADMINISTRATION, Sui Juris, TrapGodConstitutionalist, et al,

Plaintiff;

vs.

UNITED STATES OF AMERICA/Corporate America,

Defendants,

DKT#: 20H.R.v.777(GS)
Public Jury Trial Demand

## EL DEMONIC ROOSTA



MARVEL

Project:

free The Roosta !

W.E.M.O.'S WORLD

W.E.M.O. Administration



GOD© 2020.
JEFFREYMINEO67@gmail



W.E.M.O.S
WORLD

W.E.M.O. Administration

Assigned Judge of the Supreme Court Bronx County Hall of Justice: J. McCarthy
:R#02396-2016
Supreme Court-Criminal Division
265 East 161st Street
Bronx, New York 10451

Assigned Judges of the Supreme Court Bronx County Hall of Justice: M. Gross & G. Villegas
:R#00200-2021Bx
Supreme Court-Criminal Division
265 East 161st Street
Bronx, New York 10451

Requesting a Copy of Magistrate's Anti-Bribery Statement as required by the Foreign Corrupt
Practices Act of 1997 ("FCPA"), 15 U.S.C. §§ 78 dd-1, et seq, and Pursuant to Title 18 Sec. 201. Bribery
All parties of interest are to send all future Correspondences in C/o the designated numbers placed on
the Mail-box indicated at the geographical location listed above herein, via United States Certified Mail.
All Correspondences sent otherwise will not satisfy 'Proper Service' and will be deemed Contrary to
'Proper Communications. I am sure that all lawful parties are interested in Rebutting and Refuting Fraud
and Seeking to Correct the Commonly used Methods of "Malfeasance" and 'Mail Fraud' by which such
Unconstitutional acts have been commonly committed through "Misrepresentations" and by Callous acts
of 'Misprision of Treason' and 'Secrete.'

For the Record,
Please send all following Communications as required (Mandatory) Pursuant to 18 U.S.C. §1342-
Fictitious names or address, as in my (Proper Person name) that identify me as a (Proper noun) ie.
is a (natural person), and Not a fictitious entity.

## NOTICE REGARDING 18 U.S.C. §1342 MAIL FRAUD

18 U.S.C. §1342-Fictitious Name or Address
Whoever, for the purpose of Conducting, promoting, or carrying on by means of the postal services,
any scheme, or device mentioned in section 1341 of this title or any other unlawful business, uses or assumes,
or requests to be addressed by, any fictitious, false, or assumed title, name, or address or name other
than his own proper name, or takes or receives from any post office, or authorized depository of
Mail matter, any letter, postal card, package, or other mail matter addressed to any such fictitious,
false, or assumed title, name, or address, or name other than his own proper name, Shall be fined
under this title or imprisoned not more than five (5) years, or both.

TRAPGODVERSION2019

W.E.M.O.ADMINISTRATION, Sui Juris, TrapGodConStitutionalist, et al,

Plaintiff,

vs.

UNITED STATES OF AMERICA/Corporate America,

Defendants,

DKT#: 20H.R.U.777(BS)
Public Jury Trial Demand

## EL DEMONIC ROOSTA



Project:

Free The Roosta!



W.E.M.O.'S WORLD

W.E.M.O. Administration



GOD© 2020.

JEFFREYMINEO67@gmail

**WORLD**

**W.E.M.O. Administration**

COMMON LAW/FREEDOM OF INFORMATION ACT REQUEST
PRIVACY ACT REQUEST/ANTI-BRIBERY STATEMENT REQUEST

Legal Notice to the Agent is Legal Notice to the Principal, and Legal Notice to the Principal is Legal Notice to the Agent.

I, Christopher Hiram,,Cano", Proper name Pursuant to title 18 U.S.C. §1342 affirm and attest under the laws of United States of America, Without the United States Corporation, this is my truth of my affidavit of Common Law/F.O.I.A. Request, the whole truth and nothing but the truth, and not misleading, fully stating that the Attorney General's office understanding and fully agrees to the Seriousness in regards to communicating with "Proper Persons" in their own "Proper name" as required by the Code and not under any fictitious, false, or assumed title, name, or address under the authority of title 18 U.S.C. §1342. Above and fully agrees to abide by this Code While Communicating with or by way of US Postal, Personally, or by be of any associated organizations, corporations, Partners or by Attorney(s) and not make any claims by using the United States Postal Mail to Commit Mail Fraud.

Thank you for your time, patience, and full Cooperation and honorable Service and Commitment to the Constitution, Federal and States.

Sworn to before me this

27 day of April ,2021

_____
NOTARY PUBLIC

Verily, verily

**WE THE PEOPLE,**

*Christopher Hiram,, Cano", Sui Juris*
*Private Attorney General*
*TrapGoDConstitutionalist*
*All Rights Reserved ,Droit-Droit*
*1st Amendment "Under Protest""Without Prejudice"*

U.C.C. 1-308
U.C.C. 1-207



Derrick Fulton
Commissioner of Deeds, City of New York
No. 3-7333
County of New York
Commission Expires on May 1, 20
July 01, 2022

*TRAPGODVERSION2019*

W.E.M.O. ADMINISTRATION, Sui Juris, TrafGaDConstitutionalist, etal,
Plaintiff,

vs.

UNITED STATES OF AMERICA/Corporate America,
Defendants,

DKT#: 20H.B.W.TT7(LS)
Public Jury Trial Demand

## EL DEMONYC ROOSTA



Project: Free The Roosta!

MARVEL

W.E.M.O.'S WORLD

W.E.M.O. Administration

GOD© 2020.
JEFFREY MINEO 67 @ gmail

**W.E.M.O'S**
**WORLD**

**W.E.M.O. Administration**

## CERTIFICATE OF GOOD STANDING
## CERTIFICATE OF GOOD BUSINESS
### Affidavit In Lieu of Certificate of Good Standing

Christopher Hiram "Cano", do certifies that she is,

- Certified Suicide Prevention Aid
- Certified NYC Food Handler
- Certified Legal Research Expert
- Certified Small Business Administrator
- Certified Digital Literacy Instructor
- Certified Songwriter
- Certified CPR, AED & Basic First Aid Provider
- Certified Private Attorney General
- Certified Cosmotologist
- Certified Public Accountant
- Certified Creative Writer
- Certified Lamboghini Driver
- Certified International Chef
- Certified Movie Creator
- Certified Exhibitionist
- Certified Legal Scholar
- Certified Masseuse

TRAPGODVERSION2019

W.E.M.O. ADMINISTRATION, sui juris, "1 of God Constitutionalist, etal,

Plaintiff,

vs.

UNITED STATES OF AMERICA/Corporate America,

Defendants,

DKT#: 2011 R.v. 1717(CC)
Public Jury Trial Demand

## EL DEMONIC ROOSTA



MARVEL

Project:

Free The Roosta!

W.E.M.O'S WORLD

W.E.M.O. Administration

GOD© 2020.
JEFFREY MINEO 67 @ gmail



CPR, AED, and
Basic First Aid

*Christopher Cano*

has successfully completed and competently performed
the required knowledge and skill objectives for this program.

☐ Adult
☐ Child and Infant
☑ Adult, Child, and Infant

*Card is void if more than one box is checked.*

**AMERICAN
SAFETY &
HEALTH
INSTITUTE**

## ASHI-Approved Certification Card

*Greg* Cintron (917) 528-6139

Authorized Instructor (Print Name)

**29290**

Registry No.

APR 2 2 2021

Class Completion Date

(212) 717-7770

Training Center Phone No.

APR 2 2 2023

Expiration Date

**TRIS-33**

Training Center I.D.

This card certifies the holder has demonstrated the required knowledge and skill objectives to a currently authorized ASHI Instructor. Certification does not guarantee future performance, or imply licensure or credentialing. Course content conforms to the 2010 AHA Guidelines for CPR and ECC, and other evidence-based treatment recommendations. Certification period may not exceed 24 months from class completion. More frequent reinforcement of skills is recommended.